# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOXIMITY, INC., JEY BALACHANDRAN, and JAKE KONOSKE, <br><br> Defendants. | CIVIL ACTION NO. 1:25-cv-11802 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Nathan Hamstra of Quinn Emanuel Urquhart & Sullivan, LLP as counsel of record for Plaintiff OpenEvidence, Inc. in the above-captioned matter.

Date: June 25, 2025

Respectfully submitted,

/s/ *Nathan Hamstra*
Nathan Hamstra (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 705-7400
Fax: (312) 705-7401
nathanhamstra@quinnemanuel.com

*Counsel for Plaintiff OpenEvidence, Inc.*

-2-

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 25, 2025

                                        /s/ *Nathan Hamstra*
                                        Nathan Hamstra