UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DOXIMITY, INC., JEY BALACHANDRAN, and JAKE KONOSKE, <br><br> *Defendants*. | Civil Action No. 1:25-cv-11802-RGS |

**JOINT STIPULATION AND MOTION REGARDING
WAIVER OF SERVICE AND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

WHEREAS, the undersigned counsel for Defendants Doximity, Inc., Jey Balachandran, and Jake Konoske ("Defendants") is authorized to waive, and hereby waives, service of the summons of Plaintiff OpenEvidence, Inc.'s ("OpenEvidence") Complaint (Dkt. 1) upon Defendants without waiving any of Defendants' rights or defenses other than with respect to the sufficiency of process (*see* Exs. A-C, Waivers of the Service of Summons for each Defendant);

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties in this action;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, and respectfully request, by and among the undersigned counsel for the respective parties and subject to the approval of the Court, that the time for Defendants to move, answer, or otherwise respond to the Complaint in this action is extended to **September 15, 2025**.

Date: July 1, 2025

Respectfully submitted,

/s/ *Stephen A. Broome*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Stephen A. Broome (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Tel.: (213) 443-3000
Fax : (213) 443-3100
stephenbroome@quinnemanuel.com


Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239)
Zi Chun Wang (BBO# 709803)
Vanessa Rodriguez (BBO# 713607)
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
michellewang@quinnemanuel.com
vanessarodriguez@quinnemanuel.com


Nathan Hamstra (*pro hac vice*)
191 N. Wacker Dr. Suite 2700
Chicago, IL 60606
Tel.: 312-705-7400
Fax: 312-705-7401
nathanhamstra@quinnemanuuel.com

*Counsel for Plaintiff OpenEvidence, Inc.*

/s/ *Louis W. Tompros*
Louis W. Tompros (BBO # 657791)
James Bor-Zale (BBO # 699125)
Lisa Bevilacqua (BBO # 712189)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
Louis.Tompros@wilmerhale.com
James.Bor-Zale@wilmerhale.com
Lisa.Bevilacqua@wilmerhale.com

*Counsel for Defendants Doximity, Inc., Jey Balachandran, and Jake Konoske*

2

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for OpenEvidence has conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants join in that request for relief.

Dated: July 1, 2025

/s/ *Stephen A. Broome*
Stephen A. Broome

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), as well as to counsel for Defendants.

Dated:  July 1, 2025

                                              /s/ *Stephen A. Broome*
                                              Stephen A. Broome