UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OPENEVIDENCE INC.,                          :
                Plaintiff,                  :   Civil Action
   v.                                           No. 25-11802-RGS
                                            :
DOXIMITY, INC., JEY BALACHANDRAN,
and JAKE KONOSKE,                           :
                Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DEFENDANTS' UNOPPOSED MOTION
### TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(b)(4), Defendants Doximity, Inc., Jey Balachandran and Jake Konoske ("Defendants") respectfully move this Court for an Order granting leave to file a memorandum ten pages in excess of the 20-page limit in support of their forthcoming motion to dismiss (the "Motion"). Plaintiff OpenEvidence Inc. does not oppose the relief sought herein.

As grounds for this Motion, Defendants state as follows:

1. Defendants seek leave to file a memorandum of no more than 30 pages in support of their Motion because of the number of claims in this case.

2. The Complaint (ECF No. 1) contains ten separate counts and 149 paragraphs. Defendants intend to move on a majority of these counts to narrow the issues and simplify the case for any trial, and will provide a clear and analytically complete discussion of the issues presented by the Motion.

3. Defendants believe that an increase in page length is necessary given the magnitude of this litigation, the numerous categories of allegations in Plaintiff's Complaint, and the complexity of the legal issues implicated by those allegations.

4. Defendants will not unduly burden the Court. In order to assist the Court in in its consideration of the Motion, Defendants believe that careful and considered analysis helpful to the Court's determination should not be sacrificed.

5. Defendants will be prejudiced if they not permitted to file a memorandum ten pages in excess of the 20-page limit in support of the Motion, in that they will be required to forego certain arguments and depth of analysis of case law, all of which are necessary for and would facilitate the full and fair consideration by the Court of the Motion.

6. Defendants submit that good cause exists for filing a memorandum in excess of 20 pages and that care will be taken to avoid repetition or prolixity.

7. Plaintiff has assented to the relief requested by Defendants.

WHEREFORE, Defendants respectfully request that this Court grant the foregoing Assented-To Motion For Leave To File Memorandum In Excess of Twenty Pages.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel herby certifies that counsel for Defendants conferred with counsel for Plaintiff in a good faith effort to resolve or narrow the issue in this motion and that Plaintiff does not oppose the relief sought by this Motion.

| | |
|---|---|
| Dated: September 5, 2025<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ Louis W. Tompros<br>Louis W. Tompros (BBO # 657791)<br>James Bor-Zale (BBO # 699125)<br>Lisa Bevilacqua (BBO # 712189)<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>Louis.Tompros@wilmerhale.com<br>James.Bor-Zale@wilmerhale.com<br>Lisa.Bevilacqua@wilmerhale.com<br><br>*Counsel for Defendants*<br>*Doximity, Inc., Jey Balachandran,*<br>*and Jake Konoske* |