**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

OPENEVIDENCE, INC.,

      *Plaintiff*,

  v.

DOXIMITY, INC., JEY BALACHANDRAN, and JAKE KONOSKE,

      *Defendants.*

Civil Action No. 1:25-cv-11802-RGS

---

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.5.2(c)(1), Louis W. Tompros notices his withdrawal as counsel for Defendants Doximity, Inc., Jey Balachandran, and Jake Konoske (collectively, "Defendants") in the above action. The law firm Wilmer Cutler Pickering Hale and Dorr LLP no longer represents Defendants in this matter. As of the date of this Notice, there are no pending motions in this case, no trial date has been set, no evidentiary hearing has been set, and no reports are due.

Defendants will continue to be represented by counsel at Skadden, Arps, Slate, Meagher & Flom LLP. Attorney James R. Carroll of Skadden, Arps, Slate, Meagher & Flom LLP filed a Notice of Appearance on September 11, 2025 (ECF No. 20).

Dated: September 12, 2025

        Respectfully submitted,

        */s/ Louis W. Tompros*
        Louis W. Tompros (BBO # 657791)
        WILMER CUTLER PICKERING
         HALE and DORR
        60 State Street

Boston, Massachusetts 02109
Tel: (617) 526-6886
Fax: (617) 526-5000
Louis.Tompros@wilmerhale.com

**<u>Certificate of Service</u>**

I, Louis W. Tompros, certify that a copy of the foregoing Notice has been served on all

counsel of record registered with the Court's electronic filing system.

*/s/ Louis W. Tompros*
Louis W. Tompros