UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OPENEVIDENCE INC.,                                    :
      Plaintiff,                                  :    Civil Action
v.                                                                      No. 25-11802-RGS
                                                                 :
DOXIMITY, INC., JEY BALACHANDRAN,
and JAKE KONOSKE,                            :    **ORAL ARGUMENT REQUESTED**

      Defendants.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DOXIMITY, INC., JEY BALACHANDRAN, AND JAKE KONOSKE'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Doximity, Inc. Jey Balachandran, and Jake Konoske, (collectively, "Defendants") hereby move this Court to dismiss the Complaint (Dkt. No. 1) with prejudice. The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Defendants conferred with counsel for Plaintiff OpenEvidence Inc. in a good-faith effort to resolve or narrow the issues raised in this motion and has been unable to do so.

|  |  |
|---|---|
| Dated: September 15, 2025<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ *James R. Carroll*<br>James R. Carroll (BBO #554426)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br><br>William E. Ridgway (*pro hac vice*)<br>Brian O'Connor (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>320 S. Canal Street<br>Chicago, Illinois 60606<br>(312) 407-0700<br>william.ridgway@skadden.com<br>brian.oconnor@skadden.com<br><br>Bijal V. Vakil (*pro hac vice*)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>(650) 470-4500<br>bijal.vakil@skadden.com<br><br>*Counsel for Defendants*<br>*Doximity, Inc., Jey Balachandran,*<br>*and Jake Konoske* |