IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOXIMITY, INC., JEY BALACHANDRAN, and JAKE KONOSKE, <br><br> Defendants. | Civil Action No. 1:25-cv-11802-RGS |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF
TO RESPOND TO MOTION TO DISMISS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Plaintiff OpenEvidence Inc. ("OpenEvidence" or "Plaintiff"), by and through its undersigned attorneys, hereby moves this Court to extend the time for OpenEvidence to oppose or otherwise respond to Defendants Doximity, Inc. ("Doximity"), Jey Balachandran, and Jake Konoske's (collectively, "Defendants") Motion to Dismiss the Complaint (Dkt. 30) ("Motion to Dismiss") to October 29, 2025. OpenEvidence further moves the Court to extend the deadline by which OpenEvidence must respond to Doximity's Counterclaims against OpenEvidence (Dkt. 33) to November 7, 2025. As grounds for the allowance of this motion, OpenEvidence states as follows:

1. On June 20, 2025, OpenEvidence filed its Complaint against Defendants. *See* Dkt. 1. On July 2, 2025, the Court extended the deadline by which Defendants were to respond to OpenEvidence's Complaint to September 15, 2025. *See* Dkt. 17. On September 5, 2025, the Court granted in part Defendants' request for leave to file excess pages in support of their forthcoming motion to dismiss. *See* Dkt. 19.

2. On September 15, 2025, Defendants moved to dismiss the Complaint in its entirety. *See* Dkt. 30. The deadline by which OpenEvidence must oppose Defendants' Motion to Dismiss is September 29, 2025. *See* L.R. 7.1(b)(2). The deadline by which OpenEvidence may amend its Complaint as a matter of course in response to the Motion to Dismiss is October 6, 2025. *See* Fed. R. Civ. P. 15(a)(1)(B).

3. On September 17, 2025, Doximity filed its Answer, Affirmative Defenses, and Counterclaims against OpenEvidence. *See* Dkt. 33. The deadline for OpenEvidence to respond to Doximity's Counterclaims is October 8, 2025. *See* Fed. R. Civ. P. 12(a)(1)(B).

4. Good cause exists for a modest, 30-day extension of the deadlines by which OpenEvidence must respond to Defendants' Motion to Dismiss and Doximity's Counterclaims, given the legal issues raised in Defendants' Motion to Dismiss and newly-raised factual allegations made in Doximity's Counterclaims.

5. Counsel for OpenEvidence has conferred with counsel for Defendants regarding the requested relief. Defendants assent to the relief sought in this motion.

6. The extensions of deadlines requested herein will not prejudice Defendants.

For the foregoing reasons, OpenEvidence respectfully requests that this Court (i) extend the time for OpenEvidence to oppose or otherwise respond to Defendants' Motion to Dismiss to October 29, 2025; and (ii) extend the deadline by which OpenEvidence must answer or move to dismiss Doximity's Counterclaims to November 7, 2025.

3

Dated: September 23, 2025    Respectfully submitted,

*/s/ Stephen Broome*

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239)
Vanessa Rodriguez (BBO# 713607)
Zi Chun Wang (BBO# 709803)
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nathan Hamstra (*admitted pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

**LOCAL RULE 7.1(a)(2) CERTIFICATION OF COMPLIANCE**

I, Stephen Broome, hereby certify that OpenEvidence has complied with the provisions of Local Rule 7.1 by conferring with counsel for Defendants regarding this motion. Defendants assent to this motion.

/s/ Stephen Broome

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen Broome

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000