IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., *Plaintiff,* v. DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY *Defendants.* | Civil Action No. 1:25-cv-11802-RGS |

## OPENEVIDENCE'S MOTION TO DISMISS DOXIMITY'S COUNTERCLAIMS

Plaintiff OpenEvidence, Inc. hereby moves to dismiss Defendant Doximity's Counterclaims (Dkt. No. 33), with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). As grounds for this motion, OpenEvidence relies on and incorporates fully the following supporting documents submitted herewith: (i) the Memorandum of Law; (ii) and the Declaration of Stephen Broome and exhibits thereto.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 (d), Plaintiff respectfully requests oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Plaintiff conferred with counsel for Defendant Doximity, Inc. in a goof-daith effort to resolve or narrow the issues raised in this motion and has been unable to do so.

|  |  |
|---|---|
| Dated: November 7, 2025 | Respectfully submitted, |
|  | /s/ Stephen Broome |
|  | Stephen Broome (*admitted pro hac vice*)<br>stephenbroome@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>(213) 443-3000 |
|  | Stacylyn M. Doore (BBO# 678449)<br>Ryan P. Gorman (BBO# 707239)<br>Vanessa Rodriguez (BBO# 713607)<br>Zi Chun Wang (BBO# 709803)<br>stacylyndoore@quinnemanuel.com<br>ryangorman@quinnemanuel.com<br>vanessarodriguez@quinnemanuel.com<br>michellewang@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Ave, Suite 520<br>Boston, MA 02199<br>(617) 712-7100 |
|  | Nathan Hamstra (*admitted pro hac vice*)<br>nathanhamstra@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>(312) 705-7400 |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen Broome*

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
