# EXHIBIT 1

Latest | World | Business | U.S. | Politics | Economy | Tech | **Markets & Finance** | Opinion | Arts | Lifestyle | Real Estate | Personal Finance | Health | Style | Sports

English Edition | Print Edition | Video | Audio | Latest Headlines | Puzzles | More

Latest | World | Business | U.S. | Politics | Economy | Tech | **Markets & Finance** | Opinion | Arts | Lifestyle | Real Estate | Personal Finance | Health | Style | Sports

# McDonald's Corp.
MCD (U.S.: NYSE)

REAL TIME 3:50 PM EST 11/07/25
$**299.731** USD 1.321 0.44% ▲

5 D                                                                                    $    %



Nov 3    Nov 4    Nov 5    Nov 6    Nov 7

Volume
2,137,818

65 Day Avg Vol
3,056,955

1 Day Range
298.33 - 302.55

52 Week Range
276.53 - 326.32
(01/16/25 - 03/10/25)

**OVERVIEW** | **PROFILE** | **FINANCIALS** ⌄ | **RESEARCH & RATINGS** ⌄ | **ADVANCED CHARTING**

06/15/2021  to  06/30/2021   GO                                        DOWNLOAD A SPREADSHEET

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|---|---|---|---|---|---|
| 06/30/21 | 230.9200 | 232.2500 | 230.6000 | 230.9900 | 2.45 M |
| 06/29/21 | 231.5300 | 231.7100 | 230.0500 | 230.3700 | 1.93 M |
| 06/28/21 | 232.6700 | 232.7500 | 230.0100 | 231.0900 | 2.90 M |
| 06/25/21 | 232.7400 | 233.4100 | 232.3400 | 232.4200 | 3.00 M |
| 06/24/21 | 234.1000 | 235.1571 | 232.7350 | 233.3300 | 1.84 M |
| 06/23/21 | 233.3000 | 234.4500 | 232.7000 | 233.2400 | 1.70 M |
| 06/22/21 | 233.4900 | 234.8600 | 232.4300 | 233.8800 | 1.76 M |
| 06/21/21 | 230.6300 | 233.2250 | 229.4700 | 232.9000 | 2.19 M |
| 06/18/21 | 231.4700 | 232.8900 | 228.8200 | 229.6200 | 4.41 M |
| 06/17/21 | 235.0800 | 236.2700 | 233.2800 | 233.8800 | 1.90 M |
| 06/16/21 | 237.2100 | 237.2800 | 233.7800 | 235.5800 | 2.95 M |
| 06/15/21 | 237.5250 | 237.8099 | 235.6600 | 236.3500 | 1.95 M |

NOTES & DATA PROVIDERS ⌃

