# EXHIBIT 2

| | | | | | |
|---|---|---|---|---|---|
| Latest | World | Business | U.S. | Politics | Economy |
| Tech | Markets & Finance | Opinion | Arts | Lifestyle | Real Estate |
| Personal Finance | Health | Style | | | |
| Sports | | | | | |

English Edition | Print Edition | Video | Audio | Latest Headlines | Puzzles | More

| | | | | | |
|---|---|---|---|---|---|
| Latest | World | Business | U.S. | Politics | Economy |
| Tech | Markets & Finance | Opinion | Arts | Lifestyle | Real Estate |
| Personal Finance | Health | Style | | | |
| Sports | | | | | |

# McDonald's Corp.
MCD (U.S.: NYSE)

REAL TIME 3:51 PM EST 11/07/25

$**299.844** USD 1.434 0.48% ▲

5 D                                                                                $    %



Volume: 2,145,057
65 Day Avg Vol: 3,056,955
1 Day Range: 298.33 - 302.55
52 Week Range: 276.53 - 326.32 (01/16/25 - 03/10/25)

**OVERVIEW** | **PROFILE** | **FINANCIALS** ▾ | **RESEARCH & RATINGS** ▾ | **ADVANCED CHARTING**

05/10/2025  to  05/25/2025    GO                                        DOWNLOAD A SPREADSHEET

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|---|---|---|---|---|---|
| 05/23/25 | 315.0700 | 315.6500 | 313.0300 | 314.5700 | 2.70 M |
| 05/22/25 | 316.1200 | 316.6200 | 312.6300 | 314.3100 | 2.64 M |
| 05/21/25 | 317.5200 | 318.6700 | 315.1700 | 316.4400 | 2.39 M |
| 05/20/25 | 321.2200 | 321.7200 | 318.8500 | 319.8000 | 2.03 M |
| 05/19/25 | 318.1100 | 321.6100 | 318.0300 | 321.2300 | 2.75 M |
| 05/16/25 | 314.3700 | 318.6600 | 313.3700 | 318.6100 | 2.64 M |
| 05/15/25 | 307.8000 | 315.1300 | 307.8000 | 314.4800 | 2.93 M |
| 05/14/25 | 308.2400 | 308.9086 | 305.6900 | 307.5000 | 2.66 M |
| 05/13/25 | 311.6500 | 312.1650 | 308.4499 | 308.6900 | 3.02 M |
| 05/12/25 | 312.0100 | 312.1800 | 305.0100 | 311.9200 | 4.14 M |

NOTES & DATA PROVIDERS ⌃

ADVERTISEMENT



