UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OPENEVIDENCE INC., :

    Plaintiff, : Civil Action
v.     No. 25-11802-RGS
 :
DOXIMITY, INC., JEY BALACHANDRAN,
JAKE KONOSKE, PATHWAY MEDICAL, : **ORAL ARGUMENT REQUESTED**
INC., LOUIS MULLIE, JONATHAN
HERSHON ST-JEAN, HOVHANNES :
KARAPETYAN, ERIC YAMGA, KHUDHUR
MOHAMMED, and VINCE ROY, :

    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, AND PATHWAY MEDICAL, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants Doximity, Inc. Jey Balachandran, Jake Konoske (collectively, the "Doximity Defendants"), and Pathway Medical, Inc. ("Pathway") hereby move this Court to dismiss the Amended Complaint (Dkt. No. 38) with prejudice. The grounds for this motion are set forth in Doximity Defendants and Pathway's memorandum of law, which is submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for the Doximity Defendants and Pathway conferred with counsel for Plaintiff OpenEvidence Inc. in a good-faith effort to resolve or narrow the issues raised in this motion and has been unable to do so.

Dated: November 24, 2025
   Boston, Massachusetts

Respectfully submitted,

s/ *James R. Carroll*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

William E. Ridgway (*pro hac vice*)
Brian O'Connor (*pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
320 S. Canal Street
Chicago, Illinois 60606
(312) 407-0700
william.ridgway@skadden.com
brian.oconnor@skadden.com

Bijal V. Vakil (*pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
bijal.vakil@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran,*
*Jake Konoske, and Pathway Medical, Inc.*