# Exhibit A

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:36 PM 11/15/2019
FILED 04:36 PM 11/15/2019
SR 20198116105 - File Number 7705836

# STATE OF DELAWARE
# CERTIFICATE OF INCORPORATION
# A STOCK CORPORATION

The undersigned Incorporator, desiring to form a corporation under pursuant to the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the Corporation is Scalable Magic (US) Inc

2. The Registered Office of the corporation in the State of Delaware is located at 251 Little Falls Drive (street), in the City of Wilmington, County of New Castle Zip Code 19808. The name of the Registered Agent at such address upon whom process against this corporation may be served is Corporation Service Company.

3. The purpose of the corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

4. The total amount of stock this corporation is authorized to issue is 1,500 shares (number of authorized shares) with a par value of $ -0- per share.

5. The name and mailing address of the incorporator are as follows:

Name Stephen Gray
Mailing Address 9A West Street, Buckingham, Buckhamshire, England
Zip Code MK18 1HL

By: _____
Incorporator

Name: Stephen Gray
Print or Type

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST**: That at a meeting of the Board of Directors of SCALABLE MAGIC (US) INC resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered " ONE (1) " so that, as amended, said Article shall be and read as follows:

1. The name of the Corporation is MONOCLE TECHNOLOGIES INC

**SECOND**: That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD**: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF**, said corporation has caused this certificate to be signed this 20th day of August, 20 21.

By: _[signature]_
Authorized Officer
Title: Secretary
Name: Theresa C. Haven-Adderley
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:35 PM 08/20/2021
FILED 12:35 PM 08/20/2021
SR 20213037692 - File Number 7705836

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

**FIRST**: That at a meeting of the Board of Directors of MONOCLE TECHNOLOGIES INC resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "First" so that, as amended, said Article shall be and read as follows:

The name of the Corporation is: XYLA Inc.

**SECOND**: That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD**: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**IN WITNESS WHEREOF**, said corporation has caused this certificate to be signed this 4th day of November, 20 21.

By: [signature]
Authorized Officer
Title: Secretary

Name: Theresa Haven-Adderley
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:19 PM 11/04/2021
FILED 12:19 PM 11/04/2021
SR 20213705411 - File Number 7705836

# STATE OF DELAWARE

## CERTIFICATE OF AMENDMENT
## TO
## THE SEVENTH AMENDED AND RESTATED
## CERTIFICATE OF INCORPORATION
## OF
## XYLA INC.

XYLA Inc., a corporation organized and existing under and by virtue of the provisions of the General Corporation Law of the State of Delaware (the "**General Corporation Law**"), does hereby certify:

1. That the Board of Directors and the stockholders duly adopted resolutions proposing to amend certain provisions of the Seventh Amended and Restated Certificate of Incorporation (the "**Certificate of Incorporation**"), declaring said amendment to be advisable and in the best interests of this corporation and its stockholders. The resolution setting forth the proposed amendment is as follows:

**RESOLVED**, that Article FIRST of the Certificate of Incorporation is hereby amended and restated in its entirety to read as set forth below:

**FIRST**: The name of this corporation is OpenEvidence Inc. (the "**Corporation**").

2. That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, the undersigned authorized officer of the Corporation has executed this Certificate of Amendment to the Certificate of Incorporation as of February 24, 2025.

XYLA Inc.

By: /s/ Daniel Nadler
Name: Daniel Nadler
Title: President

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:32 AM 02/24/2025
FILED 10:32 AM 02/24/2025
SR 20250679476 - File Number 7705836

# State of Delaware

# Amended Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| OPENEVIDENCE INC. | 2024 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 7705836 | 2019/11/15 | |

**PRINCIPAL PLACE OF BUSINESS**
245 MAIN ST.
CAMBRIDGE, MA 02142

**PHONE NUMBER**
(805)535-5245

**REGISTERED AGENT**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE  19808

**AGENT NUMBER**
9000014

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2024/12/31 | | COMMON | 39,622,809 | .0050000000 |
| | | PREFERRED | 5,862,638 | .0050000000 |
| 2024/06/07 | 2024/12/31 | COMMON | 37,102,809 | .0050000000 |
| | | PREFERRED | 4,775,965 | .0050000000 |
| 2023/12/15 | 2024/06/07 | COMMON | 37,100,000 | .0050000000 |
| | | PREFERRED | 3,873,173 | .0050000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| DANIEL   NADLER | 245 MAIN ST. CAMBRIDGE, MA 02142 | CEO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| DANIEL   NADLER | 245 MAIN ST. CAMBRIDGE, MA 02142 |
| PAT   GRADY | 245 MAIN ST. CAMBRIDGE, MA 02142 |

NOTICE:  Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)**
DANIEL   NADLER
245 MAIN ST.
CAMBRIDGE, MA 02142 US

**DATE** 2025/03/26     **TITLE** CEO