IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, <br><br> Defendants. | Case No. 1:25-cv-11802-RGS <br><br> ORAL ARGUMENT REQUESTED |

### THE INDIVIDUAL PATHWAY DEFENDANTS MULLIE, ST-JEAN, KARAPETYAN, MOHAMMED, AND ROY'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendants, Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy (collectively "Individual Pathway Defendants") hereby move this Court to dismiss the Amended Complaint (Dkt. No. 38) with prejudice. The grounds for this motion are set forth in the Individual Pathway Defendants' memorandum of law, which is submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for the Individual Pathway Defendants conferred with counsel for Plaintiff OpenEvidence Inc. in a good-faith effort to resolve or narrow the issues raised in this motion and has been unable to do so.

1

| | |
|---|---|
| Dated: November 24, 2025 | MORRISON & FOERSTER LLP<br><br>*/s/ Nathaniel R. Mendell*<br>MORRISON & FOERSTER LLP<br>DANIEL P. MUINO (pro hac vice, pending)<br>CAROLYN M. HOMER (pro hac vice, pending)<br>DAVID NATHANIEL TAN (pro hac vice, pending)<br>2100 L St., NW, Suite 900<br>Washington, D.C. 20037<br>Telephone: (202) 887-1500<br>Facsimile: (202) 637-2201<br>Email: dmuino@mofo.com<br>         cmhomer@mofo.com<br>         NTan@mofo.com<br><br>MORRISON & FOERSTER LLP<br>Nathaniel R. Mendell<br>200 CLARENDON STREET<br>BOSTON, MA 02116<br>Tel: (617) 648-4700<br>Email: NMendell@mofo.com<br><br>*Counsel for Defendants Louis Mullie; Jonathan Hershon St-Jean; Hovhannes Karapetyan; Khudhur Mohammed; and Vince Roy* |

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4(c), I hereby certify that on this 24th day of November, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record by electronic means.

                                                       */s/ Nathaniel R. Mendell*
                                                      Nathaniel R. Mendell