IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., <br><br> Plaintiff, <br><br> v. <br><br> DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, <br><br> Defendants. | CASE NO. 1:25-cv-11802-RGS |

## ASSENTED-TO MOTION TO SET BRIEFING DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, Plaintiff OpenEvidence, Inc. ("OpenEvidence" or "Plaintiff"), by and through its undersigned attorneys, hereby moves this Court to set the time for OpenEvidence to respond to the Motion to Dismiss the Amended Complaint (Dkt. 65) filed by Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy (the "Individual Pathway Defendants") to December 23, 2025, so that it aligns with the briefing schedule set for OpenEvidence's response to Doximity, Inc. ("Doximity"), Jey Balachandran, Jake Konoske, and Pathway Medical Inc.'s ("Pathway") Motion to Dismiss the Amended Complaint (Dkt. 58, the "Doximity/Pathway Motion to Dismiss"). As grounds for this Motion, Plaintiff states as follows:

1. On October 29, 2025, OpenEvidence filed its Amended Complaint, which added Defendant Pathway and the Individual Pathway Defendants as Defendants in the above captioned matter. *See* Dkt. 38.

2. On November 12, 2025, the Individual Pathway Defendants filed their Waivers of Service, which identified November 7, 2025 as the date that Plaintiff requested that the Individual Pathway Defendants waive service. *See* Dkts. 47, 48, 50, 51, and 52.[1] Accordingly, under Federal Rule of Civil Procedure 12, the deadline for the Individual Pathway Defendants to respond to the Amended Complaint was set for January 6, 2026, or 60 days from November 7, 2025.

3. On November 13, 2025, this Court ordered that Doximity, Pathway, Jey Balachandran, and Jake Konoske file their response to OpenEvidence's Amended Complaint by November 24, 2025, that OpenEvidence file its opposition to any motion to dismiss by December 23, 2025, and that any reply would be due by January 9, 2026. *See* Dkt. 53.

4. On November 24, 2025, the Individual Pathway Defendants informed OpenEvidence that, in order to "catch up to the schedule set with respect to the Doximity defendants," they intended to file a Motion to Dismiss the Amended Complaint on November 24, 2025, and stated that the legal bases in that motion would be the same as those advanced by the other Defendants.

5. The Individual Pathway Defendants subsequently filed their Motion to Dismiss the Amended Complaint on the evening of November 24, 2025. Dkt. 65. As a result, under Local Rule 7.1, the deadline by which OpenEvidence is required to respond to the motion is December 8, 2025.

6. Good cause exists to conform the briefing schedule for the Individual Pathway Defendants' Motion to Dismiss the Amended Complaint to that of the

---

[1] OpenEvidence's Amended Complaint also added Eric Yamga as a defendant affiliated with Pathway. Mr. Yamga is not represented by counsel for the Individual Pathway Defendants and has not yet waived service or been successfully served.

Doximity/Pathway Motion to Dismiss. The Individual Pathway Defendants' Motion to Dismiss the Amended Complaint rests on the same legal bases as that of the Doximity/Pathway Motion to Dismiss. This briefing schedule will allow OpenEvidence to respond to all motions to dismiss on a single deadline, streamlining the briefing process.

7. Counsel for OpenEvidence has conferred with counsel for the Individual Pathway Defendants regarding the relief requested herein. The Individual Pathway Defendants have assented to the relief sought in this Motion.

8. The requested briefing schedule in this Motion will not prejudice the parties.

For the foregoing reasons, OpenEvidence respectfully requests that this Court grant its request and (i) set the deadline by which OpenEvidence must oppose the Individual Pathway Defendants' Motion to Dismiss as December 23, 2025; and (ii) set the deadline by which the Individual Pathway Defendants may reply as January 9, 2026.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned counsel hereby certifies that counsel for Plaintiff has conferred with counsel for the Individual Pathway Defendants, who assent to the relief sought by this Motion.

Dated: November 26, 2025

Respectfully submitted,

*/s/ Stacylyn M. Doore*
Stacylyn M. Doore (BBO# 678449)
stacylyndoore@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Ryan P. Gorman (BBO# 707239)
Vanessa Rodriguez (BBO# 713607)
Zi Chun Wang (BBO# 709803)
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nathan Hamstra (*admitted pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

>  /s/ Stacylyn M. Doore
> Stacylyn M. Doore (BBO# 678449)
> stacylyndoore@quinnemanuel.com
> QUINN EMANUEL URQUHART &
> SULLIVAN, LLP
> 111 Huntington Ave, Suite 520
> Boston, MA 02199
> (617) 712-7100