IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>    *Plaintiff,*<br><br>    v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY<br><br>    *Defendants*. | Civil Action No. 1:25-cv-11802-RGS |

## **DECLARATION OF STEPHEN BROOME IN SUPPORT OF OPENEVIDENCE'S MOTION TO DISMISS DOXIMITY INC.'S AND PATHWAY MEDICAL, INC.'S AMENDED COUNTERCLAIMS**

I, Stephen Broome, declare as follows:

    1.    I am a member of the Bar of California and have been admitted to practice in this Court *pro hac vice*. I am a partner at Quinn Emanuel Urquhart and Sullivan LLP, counsel of record for Plaintiff OpenEvidence Inc. ("OpenEvidence") in the above-captioned action. I submit this declaration in support of OpenEvidence's Motion to Dismiss Doximity, Inc.'s and Pathway Medical, Inc.'s Amended Counterclaims. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

    2.    Attached as Exhibit 1 is a true and correct copy of the historical stock prices of McDonald's Corporation from June 15, 2021 through June 30, 2021, as reported by the Wall Street

1

Journal.[1]  The relevant date and stock price have been highlighted for the Court's convenience.

3. Attached as Exhibit 2 is a true and correct copy of the historical stock prices of McDonald's Corporation from May 10, 2025 through May 25, 2025, as reported by the Wall Street Journal.  The relevant date and stock price have been highlighted for the Court's convenience.

4. Attached as Exhibit 3 is a true and correct copy of the historical stock prices of Doximity from June 24, 2021 through June 30, 2021, as reported by the Wall Street Journal.[2]  The relevant date and stock price have been highlighted for the Court's convenience.

5. Attached as Exhibit 4 is a true and correct copy of the historical stock prices of Doximity from May 10, 2025 through May 25, 2025, as reported by the Wall Street Journal.  The relevant date and stock price have been highlighted for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct.

Executed on December 23, 2025 in Los Angeles, California.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Stephen Broome*
Stephen Broome (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th

---

[1] The information included in Exhibits 1 and 2 was located at the Wall Street Journal Markets page on McDonald's Corp., detailing the historical stock prices for the company and filtered for the date ranges provided. *See* https://www.wsj.com/market-data/quotes/MCD/historical-prices (Wall Street Journal Markets reporting historical stock prices for McDonald's Corp.).

[2] The information included in Exhibits 3 and 4 was located at the Wall Street Journal Markets page on Doximity, Inc., detailing the historical stock prices for the company and filtered for the date ranges provided. *See* https://www.wsj.com/market-data/quotes/DOCS/historical-prices (Wall Street Journal Markets reporting historical stock prices for Doximity Inc.).

Floor Los Angeles, California
90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> */s/ Stephen Broome*
> Stephen Broome (*admitted pro hac vice*)
> QUINN EMANUEL URQUHART &
> SULLIVAN, LLP
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California 90017-2543
> (213) 443-3000
> stephenbroome@quinnemanuel.com