# EXHIBIT 1



Latest    World    Business    U.S.    Politics    Economy    Tech    **Markets & Finance**    Opinion    Arts    Lifestyle    Real Estate    Personal Finance    Health    Style

Sports

# McDonald's Corp.
MCD (U.S.: NYSE)



REAL TIME 3:50 PM EST 11/07/25

$**299.731** USD 1.321 0.44% ▲

5 D                                                                                           $    %

Nov 3        Nov 4        Nov 5        Nov 6        Nov 7

| | |
|---|---|
| Volume | 65 Day Avg Vol |
| 2,137,818 | 3,056,955 |
| 1 Day Range | 52 Week Range |
| 298.33 - 302.55 | 276.53 - 326.32 |
| | (01/16/25 - 03/10/25) |

OVERVIEW    PROFILE    FINANCIALS ⌄    **RESEARCH & RATINGS** ⌄    ADVANCED CHARTING

06/15/2021    to    06/30/2021    GO

DOWNLOAD A
SPREADSHEET

| DATE | OPEN | HIGH | LOW | CLOSE | VOLUME |
|---|---|---|---|---|---|
| 06/30/21 | 230.9200 | 232.2500 | 230.6000 | 230.9900 | 2.45 M |
| 06/29/21 | 231.5300 | 231.7100 | 230.0500 | 230.3700 | 1.93 M |
| 06/28/21 | 232.6700 | 232.7500 | 230.0100 | 231.0900 | 2.90 M |
| 06/25/21 | 232.7400 | 233.4100 | 232.3400 | 232.4200 | 3.00 M |
| 06/24/21 | 234.1000 | 235.1571 | 232.7350 | 233.3300 | 1.84 M |
| 06/23/21 | 233.3000 | 234.4500 | 232.7000 | 233.2400 | 1.70 M |
| 06/22/21 | 233.4900 | 234.8600 | 232.4300 | 233.8800 | 1.76 M |
| 06/21/21 | 230.6300 | 233.2250 | 229.4700 | 232.9000 | 2.19 M |
| 06/18/21 | 231.4700 | 232.8900 | 228.8200 | 229.6200 | 4.41 M |
| 06/17/21 | 235.0800 | 236.2700 | 233.2800 | 233.8800 | 1.90 M |
| 06/16/21 | 237.2100 | 237.2800 | 233.7800 | 235.5800 | 2.95 M |
| 06/15/21 | 237.5250 | 237.8099 | 235.6600 | 236.3500 | 1.95 M |

⌄

NOTES & DATA PROVIDERS ⌃



Latest    World    Business    U.S.    Politics    Economy    Tech    **Markets & Finance**    Opinion    Arts    Lifestyle    Real Estate    Personal Finance    Health    Style

Sports

English Edition

| News | Markets | Opinion | WSJ Membership | Customer Ser |
|------|---------|---------|----------------|--------------|
| Live Coverage | Stocks | Opinion & Reviews | Subscription Options | Customer Cent |
| World | Bonds | Film Review | Corporate Subscriptions | Contact Us |
| Business | Money Rates | Television Review | WSJ Higher Education Program | Cancel My Sub |
| U.S | DJIA | Bookshelf | WSJ High School Program | **Ads** |
| Politics | S&P 500 | Music Review | Public Library Program | Advertise |
| Economy | Nasdaq | What to Watch | WSJ Live | Commercial Re |
| Tech | | Art Review | Commercial Partnerships | Place a Classifi |
| Finance | | | | Sell Your Busin |
| Arts and Culture | | | | Sell Your Home |
| Lifestyle | | | | Recruitment & |
| Real Estate | **Tools & Features** | **More** | | Digital Self Ser |
| Personal Finance | Newsletters & Alerts | About Us | | |
| Health | Topics | Content Partnerships | | |
| Style | Podcasts | Corrections | | |
| Sports | RSS Feeds | Jobs at WSJ | | |
| China | Video Center | News Archive | | |
| Science | Watchlist | Register for Free | | |
| Ukraine | Latest News | Reprints & Licensing | | |
| Middle East | | Buy Issues | | |
| Elections | | WSJ Shop | | |
| Policy | | Dow Jones Press Room | | |
| Trade | | Dow Jones Smart Money | | |
| Investing | | | | |
| Earnings | | | | |
| Taxes | | | | |
| AI | | | | |
| Obituraries | | | | |



**Dow Jones Products**    Barron's  |  BigCharts  |  Dow Jones Newswires  |  Factiva  |  Financial News  |  Mansion Global  |  MarketWatch  |  Risk & Compliance
WSJ | Buy Side  |  WSJ Pro  |  WSJ Video  |  WSJ Wine  |  The Times

Privacy Notice  |  Cookie Notice  |  Copyright Policy  |  Legal Policies  |  Terms of Use  |  Your Ad Choices  |  Accessibility

Copyright ©2025 Dow Jones & Company, Inc. All Rights Reserved.

