IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY <br><br> *Defendants*. | Civil Action No. 1:25-cv-11802-RGS |

### DECLARATION OF STEPHEN BROOME IN SUPPORT OF OPENEVIDENCE'S OPPOSITION TO DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, AND PATHWAY MEDICAL, INC.'S MOTION TO DISMISS

I, Stephen Broome, declare as follows:

1. I am a member of the Bar of California and have been admitted to practice in this Court *pro hac vice*. I am a partner at Quinn Emanuel Urquhart and Sullivan LLP, counsel of record for Plaintiff OpenEvidence Inc. ("OpenEvidence") in the above-captioned action. I submit this declaration in support of OpenEvidence's Opposition to Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.'s Motion to Dismiss. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of OpenEvidence's Terms of Use,

1

as they were updated on July 10, 2023. At the time these Terms of Use were in effect, Xyla Inc. was doing business as OpenEvidence, as reflected in Exhibit A.

       3.       Attached as Exhibit B is a true and correct copy of OpenEvidence's Terms of Use, as they were updated on March 5, 2024. At the time these Terms of Use were in effect, Xyla Inc. was doing business as OpenEvidence, as reflected in Exhibit B.

       4.       Attached as Exhibit C is a true and correct copy of OpenEvidence's Terms of Use, as they were updated on April 30, 2024. At the time these Terms of Use were in effect, Xyla Inc. was doing business as OpenEvidence, as reflected in Exhibit C.

       I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct.

Executed on December 23, 2025 in Los Angeles, California.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Stephen Broome*
Stephen Broome (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen Broome*
Stephen Broome (*admitted pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com
