UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPENEVIDENCE INC.,                              :

       Plaintiff,                              :      Civil Action
  v.                                                              No. 25-11802-RGS
                                                            :

DOXIMITY, INC., JEY BALACHANDRAN,               **ORAL ARGUMENT REQUESTED**
JAKE KONOSKE, PATHWAY MEDICAL,               :
INC., LOUIS MULLIE, JONATHAN
HERSHON ST-JEAN, HOVHANNES                   :
KARAPETYAN, ERIC YAMGA, KHUDHUR
MOHAMMED, and VINCE ROY,                     :

       Defendants.                             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DOXIMITY, INC.'S MOTION FOR
### LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 15(a), defendant Doximity, Inc. hereby

moves this Court for leave to file its Second Amended Counterclaims. The grounds for this

motion are set forth in Doximity's memorandum of law, which is submitted herewith. The

proposed Second Amended Counterclaims are attached as Exhibit 1, and a redline against the

First Amended Counterclaims (ECF No. 60) is attached as Exhibit 2.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Doximity respectfully requests oral argument on this

Motion because it believes that oral argument may assist the Court in its consideration of this

Motion.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Doximity conferred with

counsel for Plaintiff OpenEvidence Inc. in a good-faith effort to resolve or narrow the issues

raised in this motion and has been unable to do so.

Dated:  May 8, 2026
   Boston, Massachusetts

Respectfully submitted,

s/ *James R. Carroll*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

William E. Ridgway (*pro hac vice*)
Brian O'Connor (*pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
320 S. Canal Street
Chicago, Illinois 60606
(312) 407-0700
william.ridgway@skadden.com
brian.oconnor@skadden.com

Bijal V. Vakil (*pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
bijal.vakil@skadden.com

*Counsel for Defendant*
*Doximity, Inc.*

2