UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPENEVIDENCE INC.,                                     :

      Plaintiff,                                     :       Civil Action
  v.                                                          No. 25-11802-RGS
                                                                   :

DOXIMITY, INC., JEY BALACHANDRAN,
JAKE KONOSKE, PATHWAY MEDICAL,       :
INC., LOUIS MULLIE, JONATHAN
HERSHON ST-JEAN, HOVHANNES                 :
KARAPETYAN, ERIC YAMGA, KHUDHUR
MOHAMMED, and VINCE ROY,                     :

      Defendants.                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF
WILLIAM K. WRAY JR. IN SUPPORT OF DOXIMITY, INC.'S
<u>MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS</u>**

I, WILLIAM K. WRAY JR., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.     I am a member of the bar of the Commonwealth of Massachusetts and of this Court and an associate of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants in the above-captioned action.

2.     I make this declaration in support of Defendant Doximity, Inc.'s Motion for Leave to File Second Amended Counterclaims, filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents:

Exhibit 1:    Defendants' First Amended Responses and Objections to OpenEvidence's Second Set of Interrogatories, dated February 16, 2026 (Excerpted)

Exhibit 2:    Email from William K. Wray to counsel for OpenEvidence, dated March 16, 2026

2

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on May 8, 2025.

s/ *William K. Wray Jr.*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

*Counsel for Defendant*
*Doximity, Inc.*

2