UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPENEVIDENCE INC.,                          :

      Plaintiff,                          :    Civil Action
  v.                                              No. 25-11802-RGS

                                                :

DOXIMITY, INC., JEY BALACHANDRAN,
JAKE KONOSKE, PATHWAY MEDICAL,          :
INC., LOUIS MULLIE, JONATHAN
HERSHON ST-JEAN, HOVHANNES              :
KARAPETYAN, ERIC YAMGA, KHUDHUR
MOHAMMED, and VINCE ROY,                :

      Defendants.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DOXIMITY, INC.'S NOTICE OF INTENT TO FILE
MOTION FOR LEAVE TO FILE REPLY**

PLEASE TAKE NOTICE that Defendant Doximity, Inc. ("Doximity"), by and

through undersigned counsel, hereby provides notice to the Court of its intent to file a Motion for

Leave to File a Reply in support of its Motion for Leave to File Second Amended Counterclaims

(ECF No. 93), filed on May 8, 2026.

Plaintiff OpenEvidence Inc. ("OpenEvidence") anticipates that Doximity will file

a reply brief. (*See* Opposition to Doximity's Motion for Leave to File Second Amended

Counterclaims, ECF No. 96 at 17 ("Doximity should say so now, in its reply . . . .").)

Doximity intends to file a Motion for Leave to File a Reply (the "Reply Motion")

on or before May 22, 2026. Doximity's proposed Reply will not exceed ten pages. To the extent

the Court is inclined to enter an Order on Doximity's Motion for Leave to File Second Amended

Counterclaims prior to that time, Doximity would appreciate the Court holding its decision in

abeyance until after Doximity files its Reply Motion.

Dated:  May 18, 2026
       Boston, Massachusetts

Respectfully submitted,

/s/ *James R. Carroll*　　　　
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

William E. Ridgway (*pro hac vice*)
Brian O'Connor (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
320 S. Canal Street
Chicago, Illinois 60606
(312) 407-0700
william.ridgway@skadden.com
brian.oconnor@skadden.com

Bijal V. Vakil (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
bijal.vakil@skadden.com

*Counsel for Defendant*
*Doximity, Inc.*