**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| OPENEVIDENCE INC., | |
| *Plaintiff,* | Civil Action No. 1:25-cv-11802-RGS |
| v. | |
| DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY | |
| *Defendants.* | |

**DECLARATION OF STEPHEN BROOME IN SUPPORT OF OPENEVIDENCE'S
MOTION FOR LEAVE TO AMEND COMPLAINT AND SCHEDULING ORDER**

I, Stephen Broome, declare as follows:

1. I am a member of the Bar of California and have been admitted to practice in this Court *pro hac vice*. I am a partner at Quinn Emanuel Urquhart and Sullivan LLP, counsel of record for Plaintiff OpenEvidence Inc. ("OpenEvidence") in the above-captioned action. I submit this declaration in support of OpenEvidence's Motion for Leave to File Second Amended Complaint and to Amend the Scheduling Order. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of an excerpt of Defendant's First Amended Responses and Objections to OpenEvidence's Second Set of Interrogatories served on February 16, 2026.

2

3.    Attached as Exhibit 2 is a true and correct copy of Defendant's Responses and Objections to OpenEvidence's Requests for Admission, served on January 2, 2026.

I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct.

Executed on June 8, 2026 in Los Angeles, California.

_/s/  Stephen Broome_____
Stephen Broome

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen Broome*
Stephen Broome (*admitted pro hac vice*) QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com