**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY<br><br>       Defendants. | Case No. 1:25-cv-11802-RGS |

**THE INDIVIDUAL PATHWAY DEFENDANTS MULLIE,
ST-JEAN, KARAPETYAN, MOHAMMED, AND ROY'S PARTIAL
OPPOSITION TO OPENEVIDENCE'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT AND TO AMEND THE SCHEDULING ORDER**

**INTRODUCTION**

The Individual Pathway Defendants Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy (collectively, the "Individual Pathway Defendants") respectfully submit this partial opposition to OpenEvidence's Motion for Leave to File a Second Amended Complaint and to Amend the Scheduling Order (ECF No. 112). As set forth below, the Individual Pathway Defendants take no position on OpenEvidence's proposed amended claims and ask that the Court grant OpenEvidence's Motion to the extent that the Second Amended Complaint removes as a defendant Eric Yamga, but they oppose OpenEvidence's request to modify the Scheduling Order to the extent set forth herein.

1

## ARGUMENT

### I. THE INDIVIDUAL PATHWAY DEFENDANTS DO NOT OPPOSE LEAVE TO AMEND

The Individual Pathway Defendants ask that the court grant OpenEvidence's motion to the extent that the Second Amended Complaint removes as a defendant Eric Yamga, who has never been served in this action. The Individual Pathway Defendants otherwise take no position on the substance of OpenEvidence's proposed amended claims.

### II. THE INDIVIDUAL PATHWAY DEFENDANTS OPPOSE OPENEVIDENCE'S REQUEST TO AMEND THE SCHEDULING ORDER

The Individual Pathway Defendants oppose OpenEvidence's request to amend the scheduling order, as it would dramatically and unnecessarily expand the scope and duration of discovery. OpenEvidence asks this Court to nearly double the written-discovery limits, more than triple the number of depositions per side, and extend fact discovery by six months, pushing the deadline for the close of discovery to February 2027. OpenEvidence has not established good cause for any of these requests.

The Individual Pathway Defendants adopt and incorporate by reference the arguments set forth in the Partial Opposition (ECF No. 115) filed by Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. (the "Doximity Defendants") with respect to OpenEvidence's motion to amend the Scheduling Order. As the Doximity Defendants explain, OpenEvidence has not noticed—let alone taken—a single party deposition, has not identified any specific additional discovery requests it wishes to propound, and has not demonstrated that the existing discovery caps are insufficient. The Court should reject OpenEvidence's demand for 55 written requests, 21 depositions, and a six-month extension.

To the extent any change to the scheduling order is warranted, the modest modifications proposed by the Doximity Defendants are adequate: four additional written requests of each type, two additional depositions per side, and a two-month extension of the discovery deadlines.

**CONCLUSION**

For the foregoing reasons, the Individual Pathway Defendants ask that the court (1) grant OpenEvidence's motion to the extent that the Second Amended Complaint removes Eric Yamga as a defendant, and (2) deny OpenEvidence's motion to amend the Scheduling Order to the extent it goes beyond the modest modifications proposed by the Doximity Defendants.

Dated: June 22, 2026

MORRISON & FOERSTER LLP

*/s/ Nathaniel R. Mendell*
MORRISON & FOERSTER LLP
Nathaniel R. Mendell (BBO No. 645283)
Michael A. Fine (BBO No. 713088)
200 Clarendon Street
Boston, MA 02116
Tel: (617) 648-4700
Email: nmendell@mofo.com
         mfine@mofo.com

Daniel P. Muino (pro hac vice)
Carolyn M. Homer (pro hac vice)
Kathryn C. Thornton (pro hac vice)
2100 L St., NW, Suite 900
Washington, D.C. 20037
Tel: (202) 887-1500
Fax: (202) 637-2201
Email: dmuino@mofo.com
         cmhomer@mofo.com
         kthornton@mofo.com

Alexandra C. Hottenrott (pro hac vice)
250 West 55th Street
New York, NY 10019
Tel: (212) 336-4407
Email: lhottenrott@mofo.com

*Counsel for Defendants Louis Mullie;
Jonathan Hershon St-Jean; Hovhannes
Karapetyan; Khudhur Mohammed; and Vince
Roy*