UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPENEVIDENCE INC.,                                  :

       Plaintiff,                                  :       Civil Action
  v.                                                                  No. 25-11802-RGS

                                              :

DOXIMITY, INC., JEY BALACHANDRAN,
JAKE KONOSKE, PATHWAY MEDICAL,                       :
INC., LOUIS MULLIE, JONATHAN
HERSHON ST-JEAN, HOVHANNES                           :
KARAPETYAN, ERIC YAMGA, KHUDHUR
MOHAMMED, and VINCE ROY,                             :

       Defendants.                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TRANSMITTAL DECLARATION OF WILLIAM K. WRAY JR.
IN SUPPORT OF DEFENDANTS DOXIMITY, INC., JEY BALACHANDRAN,
JAKE KONOSKE, AND PATHWAY MEDICAL, INC.'S PARTIAL
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT AND TO AMEND THE SCHEDULING ORDER**

       I, WILLIAM K. WRAY JR., pursuant to 28 U.S.C. § 1746, declare and state as follows:

       1.      I am a member of the bar of the Commonwealth of Massachusetts and of this

Court and Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for

Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.

("Defendants") in the above-captioned action.

       2.      I make this declaration in support of Defendants Doximity, Inc., Jey

Balachandran, Jake Konoske, and Pathway Medical, Inc.'s Partial Opposition to Plaintiff's

Motion for Leave to File Second Amended Complaint and to Amend the Scheduling Order, filed

herewith, and for the purpose of transmitting to the Court true and correct copies of the following

documents:

2

Exhibit 1:    Email from William K. Wray Jr. to counsel for OpenEvidence, dated June 4, 2026.

Exhibit 2:    Defendants' First Request for Production of Documents to Plaintiff, dated October 27, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on June 22, 2026.

/s/ *William K. Wray Jr.*
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
william.wray@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran, Jake*
*Konoske, and Pathway Medical, Inc.*

2