# EXHIBIT 1

**From:** Wray, Will (BOS) <William.Wray@skadden.com>
**Sent:** Thursday, June 4, 2026 8:08 PM
**To:** 'Scott Schlafer' <scottschlafer@quinnemanuel.com>
**Cc:** Kathryn C. Thornton <KThornton@mofo.com>; Grismer, Meg J (CHI) <Marjorie.Grismer@skadden.com>; O'Connor, Brian (CHI) <Brian.OConnor@skadden.com>; Doximity DL <DLDOXIMITY@skadden.com>; Carroll, James R (BOS) <James.Carroll@skadden.com>; Nathaniel R. Mendell <NMendell@mofo.com>; Carolyn M. Homer <CMHomer@mofo.com>; Pathway-MoFo-Service <Pathway-MoFo-Service@mofo.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>
**Subject:** RE: OpenEvidence v. Doximity - Schedule Extension

Scott,

As to the discovery question, we do not agree that the Second Amended Counterclaims materially expand the scope of discovery in this case. The new allegations concern OpenEvidence's own conduct during this litigation, and our reply brief identified substantial overlap between those allegations and the discovery OpenEvidence has already been pursuing.

The Court appears to share that view. In granting leave to amend, the Court held: "Even accepting that amendment will broaden the scope of discovery, as OpenEvidence speculates, any resulting prejudice hardly qualifies as 'undue' where, as here, more than two and a half months remain in fact discovery, and the new allegations concern OpenEvidence's own conduct during this litigation."

Against that backdrop, OpenEvidence's request for a six-month extension of fact discovery, coupled with large increases across every category of discovery events, is not warranted. And to the extent OpenEvidence's timing concerns trace to its own production, which has lagged, that is not a basis for moving the case schedule.

That said, in the spirit of compromise and to avoid burdening the Court with an opposed motion, Doximity will not *oppose* a motion seeking the following:

- Four additional discovery requests (Interrogatories, RFPs, and RFAs) and two additional depositions per side.

- A two-month extension of fact discovery and the corresponding downstream deadlines.

If OpenEvidence wishes to pursue anything beyond the above, it will need to do so by opposed motion. We are happy to confer further if that would be useful.

Thanks,

**Will Wray Jr.**
Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street | Boston | Massachusetts | 02116
**T: +1.617.573.4889** | **F: +1.617.305.4889** | **M: +1.401.447.5881**
**william.wray@skadden.com**

Skadden