UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPENEVIDENCE INC.,                                  :

              Plaintiff,                        :        Civil Action
    v.                                                             No. 25-11802-RGS

                                                :

DOXIMITY, INC., JEY BALACHANDRAN,
JAKE KONOSKE, PATHWAY MEDICAL,      :
INC., LOUIS MULLIE, JONATHAN
HERSHON ST-JEAN, HOVHANNES               :
KARAPETYAN, ERIC YAMGA, KHUDHUR
MOHAMMED, and VINCE ROY,                      :

              Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## JOINT MOTION BY ALL PARTIES TO STAY
## ALL PROCEEDINGS AND DEADLINES PENDING MEDIATION

Plaintiff OpenEvidence Inc. ("OpenEvidence") and Defendants Doximity, Inc.

("Doximity"), Jey Balachandran, Jake Konoske, Pathway Medical, Inc. ("Pathway"), Louis

Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Eric Yamga, Khudhur Mohammed,

and Vince Roy (collectively, "All Parties"), by and through their undersigned counsel, hereby

jointly move this Court pursuant to its inherent authority to stay all proceedings and deadlines in

this action for a period of ninety (90) days to permit All Parties to pursue private mediation.

As grounds for this Joint Motion, All Parties state as follows:

1.      All Parties have mutually agreed that this case is well-suited for private mediation

and wish to devote their resources to that process.

2.      All Parties have agreed upon the selection of a mediator and are currently

working to schedule the mediation, which will likely occur in July or August depending on

mediator and Party availability.

3.     A short stay of this litigation will permit All Parties to prepare for and complete the mediation process.  A stay will also conserve All Parties' and the Court's time and resources, and will allow All Parties to focus on settlement, rather than spending their efforts and resources, on expert depositions, expert motions, and dispositive motions that, if a settlement is reached, will prove to be unnecessary.

4.     A stay serves the interests of judicial economy and is consistent with the strong public policy favoring the settlement of disputes.

5.     No party will be prejudiced by the requested stay.  The stay is sought jointly by All Parties and no trial date has been set.

6.     Accordingly, All Parties respectfully request that the Court: (a) stay all proceedings and deadlines in this action for a period of ninety (90) days from the date of any order granting this Joint Motion to permit All Parties to pursue private mediation; (b) vacate or hold in abeyance all pending case deadlines during the stay period, including the fact and expert discovery deadlines; and (c) direct All Parties to file a joint status report within fourteen (14) days following the conclusion of the stay period (or promptly upon the earlier resolution of the matter) advising the Court of the status of mediation and proposing revised deadlines as necessary.

WHEREFORE, All Parties respectfully request that the Court grant this Joint Motion, stay all proceedings and deadlines in this action for ninety (90) days, vacate or hold in abeyance all pending deadlines during the stay period, and grant such other and further relief as the Court deems just and proper.

Dated:  June 29, 2026
         Boston, Massachusetts

Respectfully submitted,

 /s/ *Stacylyn M. Doore*
Stacylyn M. Doore (BBO #678449)
Ryan P. Gorman (BBO #707239)
Vanessa Rodriguez (BBO #713607)
Zi Chun (Michelle) Wang (BBO #709803)
QUINN   EMANUEL   URQUHART   &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com

Stephen Broome (*pro hac vice*)
QUINN   EMANUEL   URQUHART   &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com

Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN   EMANUEL   URQUHART   &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Counsel for Plaintiff OpenEvidence, Inc.*

/s/ *James R. Carroll*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran, Jake*
*Konoske, and Pathway Medical, Inc.*

/s/ *Nathaniel R. Mendell*
Daniel P. Muino (*pro hac vice*)
Carolyn M. Homer (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
(202) 887-1500
dmuino@mofo.com
cmhomer@mofo.com

Nathaniel R. Mendell
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
(617) 648-4700
nmendell@mofo.com

*Counsel for Defendants*
*Louis Mullie, Jonathan Hershon St-Jean,*
*Hovhannes Karapetyan, Khudhur Mohammed,*
*and Vince Roy*

3