UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| OPENEVIDENCE INC., | : | |
| Plaintiff, | : | Civil Action |
| v. | | No. 25-11802-RGS |
| | : | |
| DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated June 30, 2026 (ECF No. 120), Plaintiff OpenEvidence Inc. ("OpenEvidence") and Defendants Doximity, Inc. ("Doximity"), Jey Balachandran, Jake Konoske, Pathway Medical, Inc. ("Pathway"), Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Eric Yamga, Khudhur Mohammed, and Vince Roy (collectively, "All Parties"), by and through their undersigned counsel hereby submit this Joint Status Report regarding their mediation efforts:

1. All Parties participated in an in-person mediation session on August 18, 2026. No settlement was reached that day.

2. As of this filing, no settlement has been reached.

3. Accordingly, Doximity, Pathway, and the named individuals respectfully request that the Court reset discovery and dispositive motion deadlines, in line with the positions set forth in their oppositions to OpenEvidence's Motion to Amend the Scheduling Order. (*See* ECF

Nos. 115, 116 (agreeing to a two-month extension of then-pending deadlines).) Doximity, Pathway, and the named individuals do not believe a scheduling conference is necessary.

4. OpenEvidence respectfully requests that the Court set a scheduling conference at its earliest convenience to discuss the schedule and scope of discovery going forward. To the extent the Court deems a conference unnecessary, OpenEvidence respectfully requests that the Court adopt the schedule set forth in its Motion to Amend the Scheduling Order. (*See* ECF No. 111, 112.)

5. OpenEvidence intends to file a reply brief in support of its motion for leave to amend by September 1, 2026.

Dated: August 26, 2026
Boston, Massachusetts

Respectfully submitted,

*/s/ Stephen Broome*
Stacylyn M. Doore (BBO #678449)
Ryan P. Gorman (BBO #707239)
Vanessa Rodriguez (BBO #713607)
Zi Chun (Michelle) Wang (BBO #709803)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com

Stephen Broome (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com

Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Counsel for Plaintiff OpenEvidence, Inc.*

/s/ *James R. Carroll*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

*Counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*

*/s/ Nathaniel R. Mendell*
Daniel P. Muino (*pro hac vice*)
Carolyn M. Homer (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
(202) 887-1500
dmuino@mofo.com
cmhomer@mofo.com

Nathaniel R. Mendell
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
(617) 648-4700
nmendell@mofo.com

*Counsel for Defendants Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy*