**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>*Defendants*. | Civil Action No. 1:25-cv-11802-RGS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ERIC YAMGA WITH PREJUDICE** |

**WHEREAS**, Plaintiff OpenEvidence Inc. ("OpenEvidence") and Defendant Eric Yamga have reached a definitive and mutually amenable resolution of their dispute;

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), OpenEvidence voluntarily dismisses with prejudice all claims asserted against Defendant Eric Yamga in the above-captioned action. Defendant Eric Yamga has not served an answer or otherwise appeared in the above-captioned action. This dismissal is with prejudice as to Defendant Eric Yamga only. OpenEvidence's claims against all other Defendants remain pending and are unaffected. Each party shall bear its own costs and attorneys' fees.

Dated: September 24, 2026

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /s/ *Stephen Broome*

Stephen Broome (*pro hac vice*)
stephenbroome@quinnemanuel.com

Scott E. Schlafer (*pro hac vice forthcoming*)
scottschlafer@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239)
Vanessa Rodriguez (BBO# 713607)
Zi Chun Wang (BBO# 709803)
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Attorneys for OpenEvidence, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen Broome*

Stephen Broome (*admitted pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000