UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENEVIDENCE INC., Plaintiff, v. | : | Civil Action No. 25-11802-RGS |
| DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, Defendants. | : | |

**[PROPOSED] ORDER SANCTIONING OPENEVIDENCE**
**PURSUANT TO RULE 37(B)(2) AND THE COURT'S INHERENT AUTHORITY**

Upon consideration of the Motion of Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. (the "Doximity Defendants") For An Order Sanctioning OpenEvidence Inc. ("OpenEvidence") Under Rule 37(b)(2) and the Court's Inherent Authority (Dkt. [__]) (the "Motion"), the memorandum and declaration submitted in support thereof, and the record in this action, it is hereby ORDERED that:

1. OpenEvidence's claims are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v).
2. Default judgment is hereby entered against OpenEvidence on the counterclaims of Doximity, Inc. (Dkt. 110) pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(vi).

3. OpenEvidence is ordered, pursuant to Federal Rule of Civil Procedure 37(b)(2)(C) and the Court's inherent authority, to pay the reasonable attorneys' fees and expenses the Doximity Defendants have incurred in this action since its inception.
4. The Doximity Defendants shall file an itemized statement of those fees and expenses within fourteen (14) days of the Court's order, and OpenEvidence may respond within fourteen (14) days thereafter.

SO ORDERED.

Dated: ____________, 2026

______________________________
Richard G. Stearns
United States District Judge