UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENEVIDENCE INC., Plaintiff, v. DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, Defendants. | : | Civil Action No. 25-11802-RGS |

**DECLARATION OF WILLIAM K. WRAY JR. IN SUPPORT OF DEFENDANTS DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, AND PATHWAY MEDICAL, INC.'S MOTION FOR (1) AN ORDER SANCTIONING OPENEVIDENCE INC. UNDER RULE 37(B)(2) AND THE COURT'S INHERENT AUTHORITY AND (2) TO SHORTEN TIME TO RESPOND**

I, WILLIAM K. WRAY JR., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. in the above-captioned action.

2. I make this declaration in support of Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.'s Motion for (1) an Order Sanctioning OpenEvidence Inc. Under Rule 37(B) and the Court's Inherent Authority and (2) to Shorten Time to Respond, filed herewith, and for the purpose of transmitting to the Court a true and correct copy of the following document:

Exhibit A: Email from S. Broome to counsel for Defendants, dated September 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on September 24, 2026.

_/s/ William K. Wray Jr._______________

William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
william.wray@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*