# EXHIBIT A

**Wray, Will (BOS)**

**From:** Stephen Broome <stephenbroome@quinnemanuel.com>
**Sent:** Wednesday, September 23, 2026 10:34 PM
**To:** Doximity DL
**Cc:** QE-OpenEvidence
**Subject:** [Ext] Discovery Order

Counsel,

We write regarding discovery issues.

**Slack.** On Friday, September 18, our forensic vendor informed us that OpenEvidence's Slack data for June 1, 2023 through February 6, 2026 cannot be recovered. Although OpenEvidence informed us that it does not believe it had any relevant conversations on Slack, it does not possess slack message from that time period and thus cannot collect or produce any slack messages.

**Order on Motion to Compel (Dkt. 129) ("Order").** We are cognizant of the scope of the Court's Order and have advised OpenEvidence that it must comply. However, in light of Defendants' admitted efforts to steal OpenEvidence's intellectual property through hacking and OpenEvidence's concern that Doximity is using the discovery process to obtain sensitive competitive information, OpenEvidence has informed us that it will collect and search email from only Daniel Nadler, Zachary Ziegler, and Micah Smith. OpenEvidence has informed us that it will not collect email from the other five custodians subject to the Order. OpenEvidence has further informed us that, despite the Order's statement that the ordered production "should include responsive text messages," OpenEvidence will not collect or produce text messages from any custodian. Finally, despite the Order's statement that the custodial production should reflect "the period of June 1, 2023 through February 6, 2026," OpenEvidence informed us that it will collect and search emails from only January 1, 2025 through February 6, 2026 for the three custodians OpenEvidence has agreed to search (Daniel Nadler, Zachary Ziegler, and Micah Smith), and will not collect emails from prior to January 1, 2025. OpenEvidence has informed us that it understands that by taking these positions, it is not complying with the Court's order, and that there will be consequences.

Regards

Stephen A. Broome | Partner | Quinn Emanuel Urquhart & Sullivan LLP | 646-431-9439