**quinn emanuel** trial lawyers | los angeles
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3285**

WRITER'S EMAIL ADDRESS
**stephenbroome@quinnemanuel.com**

September 28, 2026

The Honorable Richard G. Stearns
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: *OpenEvidence Inc. v. Doximity, Inc.*, et al., No. 1:25-cv-11802-RGS

Dear Hon. Judge Stearns:

We write to follow up on our September 24, 2026 letter. Dkt. 131. OpenEvidence has advised us that it intends to comply with the Court's September 17, 2026 discovery order (Dkt. 129, the "Order"). OpenEvidence will collect and produce responsive documents from all eight Court-ordered custodians and from the full period of June 1, 2023 through February 6, 2026.

OpenEvidence was gravely concerned about the implications of complying in full with the Order given Doximity's demand that OpenEvidence run exceedingly broad search terms such as ("confidential" w/5 "information"), which is not only overbroad and burdensome, but plainly designed to obtain "confidential information" by way of discovery. That said, per the Order, OpenEvidence intends to negotiate search terms with Doximity and to make a good-faith effort to comply with the fast-approaching October 8, 2026 production deadline.

Given OpenEvidence's commitment to comply with the Order and the fact that the compliance deadline has not yet passed, we understand that Doximity's motion for sanctions (Dkt. 132) is moot.

Best regards,

*/s/ Stephen A. Broome*

Stephen A. Broome

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 28, 2026.

/s/ Stephen A. Broome (*pro hac vice*)