UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENEVIDENCE INC., Plaintiff, v. DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, ERIC YAMGA, KHUDHUR MOHAMMED, and VINCE ROY, Defendants. | : | Civil Action No. 25-11802-RGS |

**DECLARATION OF WILLIAM K. WRAY JR.**
**IN SUPPORT OF DEFENDANTS MOTION FOR**
**(1) AN ACCOUNTING AND EXPEDITED DISCOVERY**
**CONCERNING THE DELETION OF OPENEVIDENCE INC.'S SLACK AND**
**MESSAGING APPLICATION DATA AND (2) TO SHORTEN TIME TO RESPOND**

I, WILLIAM K. WRAY JR., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. in the above-captioned action.

2. I make this declaration in support of the Doximity Defendants' Motion for (1) an Accounting and Expedited Discovery Concerning the Deletion of OpenEvidence Inc.'s Slack and Messaging Application Data and (2) to Shorten Time to Respond, filed herewith. I have personal knowledge of the facts stated in paragraphs 3 through 9. I also transmit to the Court true and correct copies of the following documents:

Exhibit A: Letter from Robert D. Carroll of Goodwin Procter LLP, counsel for OpenEvidence, to Jonathan Hershon, Chief Executive Officer of Pathway Medical, Inc., dated December 19, 2024.

Exhibit B: Letter from Stephen A. Broome of Quinn Emanuel Urquhart & Sullivan, LLP to Jennifer Chaloemtiarana, General Counsel of Doximity, Inc., dated June 3, 2025.

Exhibit C: Email from Stephen A. Broome to counsel for Defendants, dated September 23, 2026.

Exhibit D: Email from William K. Wray Jr. to counsel for OpenEvidence, dated September 25, 2026.

Exhibit E: Letter from William K. Wray Jr. to Scott Schlafer, dated September 30, 2026.

Exhibit F: Pages from Slack Technologies, LLC's public Help Center and data-request policy concerning data retention, free-plan limits, deletion, exports, backups, analytics, billing, and audit logs, printed on September 29 and October 3, 2026.

Exhibit G: Doximity's proposed Fourth Set of Interrogatories to OpenEvidence concerning Slack and the messaging application described in Exhibit K.

Exhibit H: Doximity's proposed Third Set of Requests for Production to OpenEvidence concerning Slack and the messaging application described in Exhibit K.

Exhibit I: Proposed topics for a deposition of OpenEvidence under Federal Rule of Civil Procedure 30(b)(6) concerning Slack and the messaging application described in Exhibit K.

Exhibit J: OpenEvidence's December 19, 2025 ESI proposal identifying Slack as a data source.

Exhibit K: Email exchange between OpenEvidence's Counsel and Doximity's counsel, dated October 2, 2026.

3. On June 18, 2026, I participated in a conference with counsel for OpenEvidence. OpenEvidence's counsel stated that OpenEvidence uses Slack to communicate. OpenEvidence's counsel did not say that any Slack data had been lost.

4. On September 25, 2026, I sent the email attached as Exhibit D to counsel for OpenEvidence. OpenEvidence did not respond to it by the September 29, 2026 deadline it set.

5. On September 29, 2026, counsel for the parties conferred by videoconference for approximately 65 minutes on discovery-related questions. During the conference, counsel for the Pathway Individual Defendants inquired concerning the Slack communications that OpenEvidence had represented to the Court were destroyed. OpenEvidence's counsel confirmed that "those are gone," that OpenEvidence "fully expects a sanctions motion."

6. On September 30, 2026, I sent the letter attached as Exhibit E to Mr. Schlafer.

7. Attached hereto as Exhibit K is an October 2, 2026 exchange between counsel for OpenEvidence and myself.

8. Exhibit F comprises pages from Slack's public website, which I caused to be printed on September 29, 2026 and October 3, 2026 from the addresses shown on each page.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on October 5, 2026.

s/ *William K. Wray Jr.*
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
william.wray@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*