UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENEVIDENCE INC., | : | |
| Plaintiff, | : | Civil Action |
| v. | | No. 25-11802-RGS |
| | : | |
| DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY, | : | **ORAL ARGUMENT REQUESTED** |
| Defendants. | : | |

**DEFENDANTS DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, AND PATHWAY MEDICAL, INC.'S RENEWED MOTION TO COMPEL OPENEVIDENCE TO APPLY ADDITIONAL SEARCH TERMS**

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B) and Local Rule 37.1(b), Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. (the "Doximity Defendants") respectfully move this Court for an order compelling OpenEvidence to apply Defendants' proposed search terms to the eight court-ordered custodians' ESI for the period June 1, 2023 through February 6, 2026, and to produce responsive, non-privileged documents promptly. The grounds for this motion are set forth in Doximity's memorandum of law, which is submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), the Doximity Defendants respectfully request a hearing on this Motion.

**LOCAL RULE 7.1 AND 37.1 CERTIFICATION**

The undersigned hereby certifies that counsel for the Doximity Defendants has conferred with counsel for OpenEvidence and has attempted in good faith to resolve or narrow the issues involved in this Motion. The undersigned further certifies that counsel for the Doximity Defendants has complied with the provisions of Rule 37.1 of the Local Rules of this Court. As required by Local Rule 37.1, details of the conference are set out in the accompanying memorandum.

Dated: October 7, 2026
Boston, Massachusetts

Respectfully submitted,

/s/ *James R. Carroll*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*