UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC., Plaintiff, v. DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY, Defendants. | Civil Action No. 25-11802-RGS |

**TRANSMITTAL DECLARATION OF**
**WILLIAM K. WRAY JR. IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

I, WILLIAM K. WRAY JR., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. in the above-captioned action.

2. I make this declaration in support of Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.'s Renewed Motion to Compel OpenEvidence to Apply Additional Search Terms, filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents:

Exhibit A: Letter from W. Wray to S. Schlafer, dated September 30, 2026.

Exhibit B: OpenEvidence's Responses, Objections, and Counterproposals to Defendants' Proposed Search Strings, dated October 2, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on October 7, 2026.

Dated: October 7, 2026
Boston, Massachusetts

Respectfully submitted,

/s/ *William K. Wray Jr.*
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
william.wray@skadden.com

*Counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*