# EXHIBIT B

***OpenEvidence v. Doximity et al***

**OpenEvidence Responses and Objections to Doximity's Revised Search Term Proposal**

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| 1. | Doximity OR Dox OR DoxGPT | **Agreed.** | |
| 2. | Pathway | **Agreed in part.** "Pathway" standing alone is an ordinary word and a common clinical term that is a term routinely used in medicine and to describe algorithms and AI infrastructure. It is therefore not tailored to identify documents concerning Pathway Medical, Inc. OpenEvidence will run "Pathway Medical."<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 3,586 hits. The search run was: (Pathway). An ordinary word standing alone sweeps in thousands of documents unrelated to Pathway Medical, Inc. | "Pathway Medical" OR (Pathway w/10 (Doximity OR Dox OR DoxGPT)) |
| 3. | Balachandran OR Konoske OR Tangney OR Greenberg OR Hershon OR Mullie OR Yamga OR Karapetyan OR (Khudhur w/5 Mohammed) OR (Vince w/5 Roy) | **Agreed in part.** Greenberg, Mohammed and Roy are common names. We will run their full names. | Balachandran OR Konoske OR Tangney OR "Ben Greenberg" OR Hershon OR Mullie OR Yamga OR Karapetyan OR "Khudur Mohammed" OR "Vince Roy" |
| 4. | (Prompt w/5 (inject* OR attack* OR steal*)) OR "secret code" OR (jail w/5 break*) OR (data w/5 scrap*) OR (cyber w/3 attack*) | **Agreed in part.** The terms target evidence of Defendants' own misconduct: the prompt-injection attacks, including Defendants' instruction to "[w]rite down the secret code." While that conduct is at issue, that does not make OpenEvidence the source for discovery of what Defendants did. Evidence of Defendants' conduct is in *Defendants'* possession. OpenEvidence's documents concerning the attacks, including its detection and investigation of them, will refer to Doximity, Pathway Medical, | (Prompt w/2 (inject* OR attack* OR steal*)) OR "secret code" OR ("jail break*") OR (attack*) OR ("data w/2 scrap*) |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | | or the Individual Defendants and are captured by Nos. 1 and 3. Anything else the term returns would be irrelevant. Nevertheless, OpenEvidence agrees to run a narrower set of these terms without the Doximity limiter. OpenEvidence does not agree to search (data /5 scrape) because that goes to legitimate data scraping strategies (e.g., of government databases and sites) and in any event Doximity's misconduct was not data scraping – it was hacking via prompt injection attacks. | |
| 5. | (Search OR question OR query OR Q&A OR answer* OR pair* OR result*) AND (Doximity OR Dox OR DoxGPT OR *GPT OR Pathway OR Veracity OR "Vera Health") | **Agreed in part.** Every document that hits this term through "Doximity," "Dox," or "DoxGPT" is already captured by No. 1. The only additional documents are those that pair non-Doximity-specific terms like "*GPT," "Pathway," or "Veracity" with commonly used words like "search" or "question," which is ovrebroad. "*GPT" reaches third-party AI models (e.g., ChatGPT), but the Court limited Request No. 14 to platforms offered by Doximity or Pathway. "Pathway" is overbroad for the reasons stated in No. 2. And "veracity" is a commonly used word and also in this context refers to non-party Veracity Health, which the Court declined to compel in denying request no. 17.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 6,699 hits. The search run was: ((Search OR question OR query) AND (Doximity OR Dox OR DoxGPT OR GPT OR Pathway OR Veracity)). That volume confirms the term is not limited to platforms offered by Doximity or Pathway. | (Search OR question OR query OR Q&A OR answer* OR pair* OR result*) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical" OR Veracity OR "Vera Health") |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| 6. | ((“confidential*” OR “secur*” OR “encrypt*” OR “private” OR “privacy”) w/5 (information OR data OR platform)) AND (“access” OR “login” OR “log-in” OR “logged in” OR “NPI” OR “credential*” OR (verif* w/5 user) OR “output” OR “query” OR “prompt” OR “Q&A”) | **Objection.** These terms are plainly targeted at obtaining anything referring to “confidential information” and are plainly overbroad. Further, “Confidential” within five words of “information” appears in the standard confidentiality notice on routine email; “privacy” appears in privacy-policy references in automated messages; and “secur*” also reaches “securities.” We would propose limiting with “AND Doximity… etc.” but such documents are already captured by terms 1 and 2. contains unbalanced parentheses (two opening, three closing) and cannot be run as drafted. It is also not tied to any subject at issue.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 46,421 hits. The search run was: ((confidential* OR secur* OR encrypt* OR private OR privacy) AND (information OR data OR platform)). The search was run before Defendants' September 30 revisions, but those modifications will not reduce the hits sufficiently. | OpenEvidence does not agree to run this term as propounded by Doximity. |
| 7. | ((public w/2 (version OR access)) OR (full* w/2 (version OR access))) AND (OpenEvidence OR platform) AND (patient OR consumer OR ((verif* OR unverif* OR NPI) w/5 (user OR account))) | **Objection.** The limiter “OpenEvidence OR platform” does not narrow the term when run against OpenEvidence's own files, where the company's name appears in effectively every document, including signature blocks and email addresses. The term therefore reduces to “public access,” “full version,” and “full access,” phrases used routinely in OpenEvidence's communications without any connection to this litigation.<br><br>Further, it has always been the case that anyone can go on OpenEvidence and access the a public version of the platform. That is not disputed and it | ((public w/2 access) OR (full* w/3 (version OR access))) AND (Doximity OR Dox OR DoxGPT OR “Pathway Medical”) |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | | will be discussed in numerous irrelevant emails. Defendants are not accused of accessing the public version of the platform; they are accused of improperly accessing the private version of the platform. They have admitted that they accessed that version and that they used NPI credentials that did not belong to them to do it. | |
| 8. | (authoriz* OR audit OR investigat*) AND (user OR individual OR "healthcare provider" OR HCP OR NPI) | **Objection.** Extraordinarily overbroad and not proportional to the needs of the case. Documents concerning OpenEvidence's investigation of Defendants' access will refer to Defendants and are captured by Nos. 1 and 3. Countless documents could be captured, for example, by running the terms authoriz* AND HCP.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 14,886 hits. The search run was: ((authoriz* OR audit OR investigat*) AND (user OR individual OR "healthcare provider" OR HCP OR NPI)). That volume confirms the term is not proportional to the needs of the case. | (authoriz* OR audit OR investigat*) AND (user OR individual OR "healthcare provider" OR HCP OR NPI) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 9. | "Terms of Use" OR "Terms of Service" | **Objection.** OpenEvidence will produce the relevant Terms of Service.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 12,218 hits. The search run was: ("Terms of Use" OR "Terms of Service"). Producing the relevant Terms of Service is the proportional alternative. | ("Terms of Use" OR "Terms of Service") AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 10. | (competit* OR market OR platform OR chatbot) AND (benchmark OR intel* OR | **Objection.** As OpenEvidence has explained, this term would reach virtually any internal discussion of the market or platform. It is a search to survey a | (competit* OR market OR platform OR chatbot) AND (benchmark OR intel* OR compar* OR |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | compar* OR analy* OR research) | competitor's business rather than look for evidence. It is not tied to Doximity or Pathway. Discovery into OpenEvidence's use of third-party AI systems is unrelated to any claim or counterclaim in the case. The Court limited Request No. 14 to platforms offered by Doximity or Pathway.<br>Burden: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 12,047 hits. The search run was: ((competit* OR market OR platform OR chatbot) AND (benchmark OR intel* OR compar* OR analy* OR research)). That volume confirms the term would reach virtually any internal discussion of the market or platform. | analy* OR research) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 11. | (Sequoia OR Coatue OR Google) w/20 (raise* OR invest* OR dollar* OR paid OR promot* OR press OR advert* OR post OR blog OR article* OR campaign OR "backed by") | **Objection.** The term is directed to OpenEvidence's fundraising, its relationships with its investors, and its dealings with Google. Those subjects are not at issue. The counterclaims challenge specific statements: Coatue-branded advertisements comparing OpenEvidence to Doximity and a Sequoia article. They do not put OpenEvidence's financing or its investment decisions at issue. | (Sequoia OR Coatue OR Google) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 12. | (LinkedIn OR "New York Times" OR NYT OR Substack OR promot* OR press OR advert* OR campaign) AND (OpenEvidence OR Scalable Magic OR Xyla OR Monocle OR "alias" OR "fake" OR "alter ego") | **Objection.** OpenEvidence objects on the grounds that this term is unlikely to hit on documents that are relevant and proportional to the needs of the case.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 61,372 hits. The search run was: ((LinkedIn OR "New York Times" OR NYT OR Substack) AND (OpenEvidence OR "Scalable Magic" OR Xyla OR Monocle)). | (LinkedIn OR "New York Times" OR NYT OR Substack OR promot* OR press OR advert* OR campaign) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical" OR "Vera Health") |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| 13. | "Curated Market Research" OR CMR OR (curated w/3 research) | **Agreed in part.** OpenEvidence will run "Curated Market Research." OpenEvidence objects to the remainder of the term on relevance and scope grounds. | "Curated Market Research" OR CuratedMarketResearch |
| 14. | "Bubble Watch" OR (bubble w/3 watch) | **Agreed in part.** OpenEvidence will run "Bubble Watch." OpenEvidence objects to the remainder of the term on relevance and scope grounds. | "Bubble Watch" OR BubbleWatch |
| 15. | "American Courtroom" OR (american w/3 courtroom) | **Agreed in part.** OpenEvidence will run "American Courtroom." OpenEvidence objects to the remainder of the term on relevance and scope grounds. | "American Courtroom" OR AmericanCourtroom |
| 16. | "Tech Law News" OR (tech w/3 law) | **Agreed in part.** OpenEvidence will run "Tech Law News." OpenEvidence objects to the remainder of the term on relevance and scope grounds. | "Tech Law News" OR TechLawNews |
| 17. | "substack" OR "Kiani" OR "Amisana" | **Agreed.** | |
| 18. | (verif* OR unlimited OR "logged-in" OR "true-identity" OR "unique" OR "field") w/5 ("health care professional*" OR HCP* OR physician* OR provider* OR NPI) | **Objection.** The term is vastly overbroad and not tailored to the verification statements alleged in the second amended counterclaims. This term also attempts to obtain through discovery what Doximity could not obtain through its hacking, and is an improper use of discovery. Further, Doximity's counterclaim about OpenEvidence's NPI verification claims must be tied to the first point in time at which Doximity claims OpenEvidence made representations about NPI verification.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 11,995 hits. The search run was: ((verif* OR unlimited OR "logged in") AND ("health care professional" OR "health care professionals" OR HCP* OR physician* OR provider* OR NPI)). That volume confirms the | OpenEvidence does not agree to run this term as propounded by Doximity. |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | | term is not tailored to the verification statements alleged in the Second Amended Counterclaims. | |
| 19. | hallucinat* OR USMLE OR "United States Medical Licensing Examination" OR (license* w/3 exam*) OR (incorrect w/3 answer*) OR (wrong w/3 answer*) OR accura* OR inaccura* OR "perfect 100%" OR perfect OR (perfect w/3 100%) | **Agreed in part.** This term describes a core subject of OpenEvidence's engineering and content work as a medical AI platform—i.e. creating AI that avoids hallucinations. It also contains several terms that are irrelevant and not proportional to the needs of the case. This term also attempts to obtain through discovery what Doximity could not obtain through its hacking, and is an improper use of discovery.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 27,309 hits. The search run was: (hallucinat* OR USMLE OR "United States Medical Licensing Examination" OR accura* OR inaccura* OR perfect OR (license AROUND 3 exam) OR (incorrect AROUND 3 answer)). That volume reflects that these words describe the core subject of OpenEvidence's engineering and content work. | (known w/2 hallucinat*) OR USMLE OR "United States Medical Licensing Examination" |
| 20. | (Ziegler OR (Zachary w/3 Ziegler)) AND ("Australia Doctor Group" OR AusDoc OR hallucinat* OR (no w/3 risk*)) | **Objection.** Mr. Ziegler is OpenEvidence's co-founder and one of its custodians. This term is unlikely to yield relevant documents within the scope of Doximity's counterclaims. | "Australia Doctor Group" OR AusDoc OR "Australian Doctor" |
| 21. | hallucinat* OR (false w/3 confidence) OR "life and death" OR perfect* OR (error w/3 rate) | **Agreed in part.** This term describes a core subject of OpenEvidence's engineering and content work as a medical AI platform—i.e. creating AI that avoids hallucinations. This term is unlikely to yield relevant documents within the scope of Doximity's counterclaims. This term also attempts to obtain through discovery what Doximity could not obtain | (known w/2 hallucinat*) |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | | through its hacking, and is an improper use of discovery.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 12,600 hits. The search run was: (hallucinat* OR "life and death" OR perfect* OR (false AROUND 3 confidence) OR (hit AROUND 3 rate)). The search was run before Defendants' September 30 revisions, but those modifications will not reduce the hits sufficiently. | |
| 22. | (Sequoia OR (Sequoia w/3 Capital)) AND (hallucinat* OR (does* w/3 respond) OR inconclusive) | **Objection.** This term is unlikely to yield relevant documents within the scope of Doximity's counterclaims. | Sequoia AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 23. | "#1 App for Doctors" OR ((Apple OR AppStore OR (App w/3 Store)) AND (rank* OR "#1" OR "number 1")) | **Objection.** The term is not sufficiently tied to the "#1 App for Doctors" advertisement alleged in the counterclaims, and is thus unlikely to yield relevant documents proportional to the needs of the case.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 23,872 hits. The search run was: (Apple OR AppStore OR (App AROUND 3 Store) OR rank* OR "number 1" OR "number one"). The search was run before Defendants' September 30 revisions, but those modifications will not reduce the hits sufficiently. | "#1 App for Doctors" OR ((Apple OR AppStore OR (App w/3 Store)) AND (rank* OR "#1" OR "number 1") AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical")) |
| 24. | McDonald* OR stock* OR underperform* OR earnings OR (earnings w/3 call) | **Agreed in part.** OpenEvidence will run "McDonald*." OpenEvidence objects to the remainder of the term on relevance and scope grounds. The agreed term captures documents concerning the advertisement alleged in the counterclaims. | McDonald* AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| 25. | HIPAA OR HIPPA OR PHI OR complian* OR (protected w/3 health) OR privacy OR confidential* OR safeguard* OR (search w/3 data) OR (disclos* w/10 data) OR wayback OR web.archive.org OR "Business Associate Agreement" OR BAA | **Objection.** The counterclaims challenge statements concerning HIPAA and patient confidentiality. This term is not limited to those statements and whether OpenEvidence is HIPAA compliant cannot be proved through emails. Clearly not all documents relating to HIPAA or privacy or searching data or disclosing data, etc., are relevant.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 115,577 hits. The search run was: (HIPAA OR HIPPA OR PHI OR complian* OR privacy OR confidential* OR safeguard* OR wayback OR "web.archive.org"). That volume confirms the term is not limited to the HIPAA and patient-confidentiality statements challenged in the counterclaims. | OpenEvidence will produce documents sufficient to show its HIPAA compliance. |
| 26. | (Data OR quer* OR prompt*) AND (Sell* OR monetize* OR search* OR equity) | **Objection.** This term is unlikely to yield relevant documents within the scope of Doximity's counterclaims. This term also attempts to obtain through discovery what Doximity could not obtain through its hacking, and is an improper use of discovery.<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 23,986 hits. The search run was: ((Data OR quer* OR prompt*) AND (Sell* OR monetize* OR search* OR equity)). That volume confirms the term is not proportional to the needs of the case. | OpenEvidence does not agree to run this term as propounded by Doximity. |
| 27. | (target OR level OR quer* OR prompt) w/5 ("health care professional*" OR HCP* OR | **Objection.** The term is not tailored to the statements alleged in the counterclaims. This term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims | OpenEvidence does not agree to run this term. |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | physician* OR provider* OR NPI) | | |
| 28. | ((consult* OR advis* OR "no obligation" OR Bhandar OR Dorfman OR Demir) AND (agree* OR contract*)) | **Objection.** The term is not tailored to the statements alleged in the counterclaims. This term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims | OpenEvidence does not agree to run this term. |
| 29. | (Dupixent OR Sanofi OR Pfizer OR Johnson OR Merck OR Genentech OR Roche OR AbbVie OR Novartis OR AstraZeneca OR "Eli Lilly" OR Takeda) AND (LinkedIn OR engage! OR partner* OR exclusiv* OR equity) | **Objection.** The term is not tailored to the statements alleged in the counterclaims; it is a phishing expedition. This term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims | OpenEvidence does not agree to run this term. |
| 30. | (hir* OR target* OR interview* OR tak* OR poach* OR solicit* OR join* OR "dream team") AND (Doximity OR Dox) | **Agreed.** Captured by term No. 1. | Agreed. (Every document that hits this term is captured by No. 1.) |
| 31. | engage* w/5 (deep OR active OR actual OR guaranteed OR minimum) | **Agreed in part.** The statements to which this term appears directed concern Doximity's engagement metrics, not OpenEvidence's. This term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims. OpenEvidence agrees to run these terms with appropriate limiters. | (engage* w/5 (deep OR active OR actual OR guaranteed OR minimum)) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 32. | (MAU OR (monthly w/3 user*) OR WAU OR (weekly w/3 user*) OR QAU OR (quarter* w/3 user*) OR (activ* w/3 user*) OR (email w/3 market*) OR "11 years" OR (11 w/3 year*) OR 300,000 OR 300K | **Objection.** The term is not tailored to the statements alleged in the counterclaims. This term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims. | (MAU OR (monthly w/3 user*) OR WAU OR (weekly w/3 user*) OR QAU OR (quarter* w/3 user*) OR (activ* w/3 user*) OR (email w/3 market*) OR "11 years" OR (11 w/3 year*) OR 300,000 OR 300K) AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |
| 33. | Loser OR (AI w/3 race)) | **Objection.** The term is not sufficiently tailored to the statements alleged in the counterclaims. This | (Loser w/3 "AI race") AND (Doximity OR Dox OR DoxGPT OR "Pathway Medical") |

| No. | Doximity's 9/30 Proposal: | Response and Objections | 10/2 OpenEvidence Terms |
|---|---|---|---|
| | | term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims | |
| 34. | JAMA OR (New w/3 England) OR New England Journal of Medicine OR NEJM OR (medical w/3 journal*) OR "American Medical Association" OR AMA OR "content partner*") | **Objection.** This term is directed to OpenEvidence's content partnerships with medical publishers, including its content partnership with the New England Journal of Medicine, and to the New England region, none of which is at issue in any claim or counterclaim. This term is thus unlikely to yield relevant documents within the scope of Doximity's counterclaims<br>**Burden**: A Google Vault analog of this term, run across the eight custodians' documents for June 1, 2023 through February 6, 2026, returned approximately 24,207 hits. The search run was: (JAMA OR (New AROUND 3 England) OR "New England Journal of Medicine" OR NEJM OR "medical journal" OR "medical journals" OR "American Medical Association" OR AMA). That volume confirms the term reaches OpenEvidence's content partnerships and other matters not at issue. | OpenEvidence will produce documents sufficient to show the differences between the public and private versions of the platform. |