**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>Plaintiff,<br><br>v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>Defendants. | Civil Action No.<br>1:25-cv-11802-RGS |

**PLAINTIFF OPENEVIDENCE INC.'S**
**MOTION TO COMPEL DISCOVERY**

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B) and Local Rule 37.1, OpenEvidence ("Plaintiff") respectfully moves this Court for an order compelling Defendants Doximity Inc., Jey Balachandran, Jake Konoske, Pathway Medical, Inc., Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy (the "Defendants") to: (1) apply the search strings in Appendix A attached to the concurrently-filed proposed order; (2) collect and search the files of the custodians in Section III to the concurrently-filed memorandum; (3) search custodial documents from January 1, 2021 through the present; (4) collect, search, and produce text messages for all custodians, or at least the twelve custodians identified in Section III to the concurrently-filed memorandum; (5) produce documents responsive to Request Nos. 31, 32, and 34; and (6) complete its production by

October 12, 2026. Plaintiff further moves for an order shortening Defendants' time to respond to this motion to within five days (i.e., October 12, 2026).

## LOCAL RULE 37.1 CERTIFICATION

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for the Defendants and has attempted in good faith to resolve or narrow the issues involved in this Motion. The undersigned further certifies that counsel for Plaintiff has complied with the provisions of Rule 37.1 of the Local Rules of this Court. As required by Local Rule 37.1, details of the conference are set out in the accompanying memorandum.

Respectfully submitted,

Dated: October 7, 2026

*/s/ Stephen Broome*

Stephen Broome (pro hac vice)
stephenbroome@quinnemanuel.com
Scott E. Schlafer (pro hac vice *forthcoming*)
scottschlafer@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239)
Vanessa Rodriguez (BBO# 713607)
Zi Chun Wang (BBO# 709803)
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nathan Hamstra (pro hac vice)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Attorneys for OpenEvidence, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Stephen Broome*
Stephen Broome (pro hac vice)