**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY<br><br>*Defendants.* | Civil Action No. 1:25-cv-11802-RGS |

**DECLARATION OF STACYLYN DOORE IN SUPPORT OF OPENEVIDENCE'S MOTION TO COMPEL DISCOVERY**

I, Stacylyn Doore, declare as follows.

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am a partner at the law firm Quinn Emanue Urquhart & Sullivan, LLP, counsel of record for Plaintiff OpenEvidence Inc. ("OpenEvidence") in the above-captioned action.

2. I submit this declaration in support of OpenEvidence's Motion to Compel Discovery. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto:

3. Attached as Exhibit 1 is a true and correct copy of an email from counsel for OpenEvidence to Defendants' counsel, dated September 29, 2026.

4. Attached as Exhibit 2 is a true and correct copy of Defendants' Responses and Objections to OpenEvidence's third and fourth sets of Requests for Production, dated October 2, 2026.

5. Attached as Exhibit 3 is a true and correct copy of Doximity's letter to counsel for OpenEvidence, dated Mar. 16, 2026.

6. Attached as Exhibit 4 is a true and correct copy of the Substack post, "The $11.7B Dialer: What Doximity Reveals About Healthcare Tech," dated Nov. 6, 2025.

7. Attached as Exhibit 5 is a true and correct copy of the Substack post, "OPINION: The Epocrates-Doximity Connection (the $11.7B Dialer: Part 2)," dated Dec. 12, 2025.

8. Attached as Exhibit 6 is a true and correct copy of an email from counsel for OpenEvidence to counsel for Defendants, dated August 31, 2026.

9. Attached as Exhibit 7 is a true and correct copy of an email from counsel for OpenEvidence to counsel for Defendants, dated October 6, 2026.

10. Attached as Exhibit 8 is a true and correct copy of Doximity's letter to counsel for OpenEvidence, dated October 6, 2026.

11. Attached as Exhibit 9 is a true and correct copy of Defendants' Responses and Objections to OpenEvidence's second set of Requests for Production, dated January 2, 2026.

12. On October 6, 2026, I participated in a meet and confer with counsel for Defendants regarding the relief OpenEvidence seeks in its concurrently-filed motion to compel.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 7, 2026

*<u>/s/ Stacylyn M. Doore</u>*
Stacylyn M. Doore

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Stephen Broome*
Stephen Broome (pro hac vice)