**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>Plaintiff,<br><br>v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>Defendants. | Civil Action No.<br>1:25-cv-11802-RGS |

**PLAINTIFF OPENEVIDENCE INC.'S**
**MOTION FOR A ONE-WEEK EXTENSION OF TIME TO COMPLY WITH THE COURT'S SEPTEMBER 17, 2026 ORDER (DKT. 129)**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1, Plaintiff OpenEvidence Inc. ("OpenEvidence") respectfully moves for a one-week extension, from October 8, 2026 to October 15, 2026, of the deadline to produce documents in compliance with the Court's September 17, 2026 Order (Dkt. 129). OpenEvidence has been working diligently to comply with that Order and is making a substantial production on October 8, 2026. During the collection and review process, however, OpenEvidence has experienced several issues, including technical issues forensically imaging the mobile device of a custodian to collect text messages and working through client and third-party confidentiality concerns, that warrant a short additional period to complete its production. Because the current deadline is October 8, 2026, OpenEvidence respectfully requests expedited consideration of this motion.

When, as here, a request is made before the deadline expires, the Court "may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1)(A). Good cause exists here for at least two reasons. *First*, OpenEvidence has acted diligently, and the extension it seeks is modest. OpenEvidence has committed to good faith compliance with the Order and will make a substantial production on the deadline itself. *Second*, a one-week extension will not prejudice Defendants. Under the current schedule, fact discovery does not close until November 10, 2026 (although OpenEvidence has moved for additional time). Moreover, Defendants still have not produced the bulk of documents responsive to OpenEvidence's requests, and no depositions have been scheduled.

## **CONCLUSION**

For these reasons, OpenEvidence respectfully requests that the Court (1) extend to October 15, 2026 the deadline set in Dkt. 129 for OpenEvidence to complete its production, and (2) consider this motion on an expedited basis in light of the October 8, 2026 deadline.

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned hereby certifies that counsel for OpenEvidence has conferred with counsel for Defendants and has attempted in good faith to resolve or narrow the issues presented by this motion. On September 29, 2026, counsel conferred by videoconference, and counsel for OpenEvidence raised that OpenEvidence might seek additional time to complete document discovery and asked whether Defendants would join. On October 7, 2026, OpenEvidence asked Defendants to agree to extend the Dkt. 129 compliance deadline by one week, to October 15, 2026, and proposed that the parties jointly agree to extend the discovery schedule. Defendants did not agree.

Respectfully submitted,

Dated: October 8, 2026

*/s/ Stephen Broome*

Stephen Broome (pro hac vice)
stephenbroome@quinnemanuel.com
Scott E. Schlafer (pro hac vice *forthcoming*)
scottschlafer@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Stacylyn M. Doore (BBO# 678449)
Ryan P. Gorman (BBO# 707239)
Vanessa Rodriguez (BBO# 713607)
Zi Chun Wang (BBO# 709803)
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Nathan Hamstra (pro hac vice)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Attorneys for OpenEvidence, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Stephen Broome*
Stephen Broome (pro hac vice)