**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE INC.,<br>*Plaintiff,*<br>v.<br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY<br>*Defendants*. | Civil Action No. 1:25-cv-11802-RGS |

**DECLARATION OF STEPHEN BROOME IN SUPPORT OF OPENEVIDENCE INC.'S OPPOSITION TO DEFENDANTS' RENEWED MOTION TO COMPEL OPENEVIDENCE TO APPLY ADDITIONAL SEARCH TERMS**

I, Stephen Broome, declare as follows:

1. I am a member of the Bar of California and have been admitted to practice in this Court *pro hac vice*. I am a partner at Quinn Emanuel Urquhart and Sullivan LLP, counsel of record for Plaintiff OpenEvidence Inc. ("OpenEvidence") in the above-captioned action. I submit this declaration in support of OpenEvidence's Opposition to Defendants' Renewed Motion to Compel OpenEvidence to Apply Additional Search Terms. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and would testify competently thereto.

2. On October 8, OpenEvidence produced 537 documents (which consisted of 1,432

pages total), collected from its eight custodians. In collecting and reviewing documents for the October 8 production, OpenEvidence applied the search terms as set forth in OpenEvidence's correspondence at Dkt. 147-2.

3. The October 8 production includes documents reflecting: (a) the registration for and use of the OpenEvidence platform by each of the eight individual Defendants**;** (b) OpenEvidence's historical and current Terms of Use; (c) communications concerning OpenEvidence's USMLE performance; (d) the App Store ranking; (e) the McDonald's stock comparison; (f) communications with pharmaceutical and advertising customers; and (g) content partnerships with medical journals, among others.

4. OpenEvidence's emails and other electronically stored information is maintained in Google Vault. The hit counts in Dkt. 147-2 were generated in Vault across the eight custodians for the Court-ordered period.

5. Vault could not run Defendants' strings as written where they use "w/N" connectors, including Strings 6, 18, and 27. For those, OpenEvidence ran the closest string Vault would accept. Strings 8, 9, 10, and 26 were run as written, subject to the limiter, and returned approximately 14,886, 12,218, 12,047, and 23,986 hits, respectively.

6. I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct.

Executed on October 14, 2026 in Los Angeles, California.

*/s/ Stephen Broome*
Stephen Broome

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen Broome*
Stephen Broome (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
stephenbroome@quinnemanuel.com