UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENEVIDENCE INC., Plaintiff, v. | : | Civil Action No. 25-11802-RGS |
| DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY, Defendants. | : | |

**TRANSMITTAL DECLARATION OF WILLIAM K. WRAY JR. IN SUPPORT OF OPPOSITION TO OPENEVIDENCE INC.'S MOTION TO COMPEL DISCOVERY**

I, WILLIAM K. WRAY JR., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court and Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc. in the above-captioned action.

2. I make this declaration in support of Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.'s Opposition to OpenEvidence Inc.'s Motion to Compel discovery, filed herewith, and for the purpose of transmitting to the Court true and correct copies of the following documents:

Exhibit A: Email from S. Broome to Counsel for Defendants, dated October 7, 2026.

Exhibit B: Email from S. Schlafer to Counsel for Defendants, dated September 29, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts on October 14, 2026.

Dated: October 14, 2026
Boston, Massachusetts

Respectfully submitted,

/s/ *William K. Wray Jr.*
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
william.wray@skadden.com

*Counsel for Defendants*
*Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*