# EXHIBIT A

**Archived:** Wednesday, October 14, 2026 1:34:22 PM
**From:** Stephen Broome
**Email received:** Wed, 7 Oct 2026 21:21:54
**Sent:** Thu, 8 Oct 2026 01:21:43
**To:** Doximity DL
**Subject:** [Ext] Extension
**Importance:** Normal
**Sensitivity:** None

---

Counsel:

We write to address two scheduling issues.

First, we have been working diligently with OpenEvidence to comply with the Court's discovery order and intend to make a substantial production tomorrow. However, we have experienced several issues during the collection and review process, including technical issues with our forensic vendor, and request that Doximity agree to extend the compliance deadline by an additional week, to October 15.

Second, given that both sides have filed motions to compel and it seems clear that there is not enough time in the existing schedule to resolve those motions, collect and produce documents subject to any orders, and review them in time to take depositions, we propose that the parties jointly agree to extend the discovery schedule.

Thanks,

Stephen A. Broome | Partner | Quinn Emanuel Urquhart & Sullivan LLP | 646-431-9439