# EXHIBIT B

**Archived:** Wednesday, October 14, 2026 1:34:31 PM
**From:** Scott Schlafer
**Email received:** Tue, 29 Sep 2026 22:39:07
**Sent:** Wed, 30 Sep 2026 02:38:44
**To:** O'Connor, Brian (CHI)
**Cc:** Doximity DL
**Subject:** [Ext] RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)
**Importance:** Normal
**Sensitivity:** None

---

Brian:

Thanks for the call today. We are following up on part of that discussion and our email below. We understand from our call that Doximity is taking the position that the search parameters it proposed on May 27, 2026 – which were never agreed before the parties began engaging in settlement discussions and a proposal to stay the case – are the only ones it will run despite the fact that Doximity's proposal does not include a single search term or string that goes to the truth or falsity of the statements in the Kiani substack articles. Further, on August 31, 2026, the Court permitted the parties to serve additional RFPs. Pursuant to that order, we have served three RFPS and intend to serve one additional RFP this week (likely tomorrow). Doximity's terms proposed back in May are not appropriately tailored to the recent RFPs that the Court permitted, as we discussed during the call.

Accordingly, please confirm that Doximity will search the custodians below for the period of January 1, 2021 through present using the following terms:

- Kiani OR substack
- QAU OR (quarter* /3 user) OR MAU OR (monthly /3 user) OR WAU OR (weekly /3 user) OR DAU OR (daily /3 user) OR Active /3 user
- [any other term Doximity uses to track user engagement]
- Engagement* or Impression*
- Email* /5 (news OR origin* OR market OR ad*)
- "force open" OR Unfurl* OR Click
- Dashboard or Campaign
- PLD OR (physician /5 level /5 data)
- Inflat* OR Fraud OR Fake OR Mislead* OR Deceiv* OR Decept*
- Hide OR hiding OR hidden OR Conceal* OR Suppress* OR Coverup OR "cover /2 up" OR False OR falsify
- Doxxing OR doxing
- "reserved share program"
- (80% OR "80 percent" OR "85%" OR "85 percent") /3 active
- Throttl*
- (Stub /3 profile) OR (prepopulat*) OR ("unclaimed profile") OR "ghost profile" OR ("never logged in")
- "negative ROI" OR ("no /2 lift")
- "do not share" OR "don't share" OR "do not disclose" OR "not for customers"
- backfill* OR overwrite* OR override* OR "manual adjustment" OR "synthetic event" OR "billable event"
- (Greenberg AND WeWork) OR (Greenberg AND "We Work")
- bot OR bots OR "invalid traffic" OR nonhuman OR "non-human" OR prefetch* OR "safe links" OR "link detonation"
- boost* OR "triggered messaging" OR pacing OR underdeliver* OR makegood*

- repaper* OR "pull forward" OR "pulled forward" OR "revenue acceleration" OR "milestone recognition" OR "side agreement"

We understand that you proposed some seemingly similar terms back in May but they were all limited to “OE AND” which would not capture any of the documents demonstrating the truth of, for example, Kiani’s allegations, unless the documents also referenced OpenEvidence. And there is no reason to believe that internal Doximity data or communications about fraudulent user engagement would contain “OE” or reference OpenEvidence since that alleged fraud began before OpenEvidence’s existence is alleged by Kiani to be a fraud on Doximity’s clients, not OpenEvidence.To be clear, OpenEvidence does not agree to Doximity adding “OE AND” to the terms we propose today.

In addition to running the terms above, Doximity should produce the following go-get categories:

1. All internal dashboards or data relating to user engagement (activity on the platform, ad views, clicks, etc.) on Doximity’s platforms and services.
2. All data from third-parties within Doximity’s control (e.g., Google Analytics or equivalents) reflecting user engagement on Doximity’s platforms and services.
3. All documents produced in *In re Doximity, Inc. Securities Litigation*, No. 24-cv-02281 (N.D. Cal.) (the lawsuit described at length and in detail in the Kiani substacks)

At minimum, we expect Doximity’s custodians to include the following plus anyone Doximity intends to call at trial:

- Jeff Tangney
- Chris Keaney
- Ben Greenberg
- Shivani Patel
- Woody Woodrich
- Nate Closser
- Andrew Nevins
- Paul Jorgensen
- Jared Wilkinson
- Jeff Eaton
- Nate Gross
- Lisa Greenbaum

Thanks,

Scott

---

**From:** Scott Schlafer <scottschlafer@quinnemanuel.com>
**Sent:** Monday, September 28, 2026 8:27 PM
**To:** O'Connor, Brian <Brian.OConnor@skadden.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** DLDOXIMITY@skadden.com
**Subject:** RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

Brian,

We propose either that neither party collect text messages or, if Doximity insists, we propose that Doximity collect text messages from Chris Keaney, Jeff Tangney, and Ben Greenberg; and OpenEvidence collects from Daniel Nadler, Nick Lumley, and Zach Ziegler. Given that the parties still have not reached an agreement regarding texts, please confirm Doximity does not object to

text messages being produced, to the extent necessary, after October 8.

Thanks,

Scott

---

**From:** Scott Schlafer <scottschlafer@quinnemanuel.com>
**Sent:** Monday, September 28, 2026 2:35 PM
**To:** O'Connor, Brian <Brian.OConnor@skadden.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** DLDOXIMITY@skadden.com
**Subject:** RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

Brian – Yes, 3pm central works for us tomorrow.

---

**From:** O'Connor, Brian <Brian.OConnor@skadden.com>
**Sent:** Monday, September 28, 2026 1:40 PM
**To:** Scott Schlafer <scottschlafer@quinnemanuel.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** DLDOXIMITY@skadden.com
**Subject:** RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

**\cbpat4[EXTERNAL EMAIL from brian.oconnor@skadden.com]**

\cbpat6

---

Thank you Scott, are you available to meet and confer at 3pm central tomorrow?

---

**From:** Scott Schlafer <scottschlafer@quinnemanuel.com>
**Sent:** Monday, September 28, 2026 2:21 PM
**To:** O'Connor, Brian (CHI) <Brian.OConnor@skadden.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** Doximity DL <DLDOXIMITY@skadden.com>
**Subject:** [Ext] RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

Counsel,

As you saw, OpenEvidence has committed to complying with the Court's Order, (Dkt. 136), which we believe moots Doximity's motion for sanctions.

Regarding Doximity's proposed search terms, attached please find written responses and counterproposals for OpenEvidence's search terms. Please let us know as soon as possible whether Doximity agrees to our counterproposal given the fast-approaching substantial completion deadline. We are available to meet and confer tomorrow.

Regarding text messages, we will follow up with a proposal later today.

Finally, Doximity amended its counterclaims on May 26, 2026 date to add new allegations regarding Kiani's substack articles. As you know, Doximity must prove, among other things, that the statements were false to succeed on its defamation claim. In addition, OpenEvidence served RFPs and other discovery relating to the Kiani articles. Please identify the sources, custodians,

and search terms Doximity proposes to run to (a) prove its claims and (b) respond to defendants' requests. At minimum, we expect Doximity's custodians to include:

- Jeff Tangney
- Chris Keaney
- Ben Greenberg
- Shivani Patel
- Woody Woodrich
- Nate Closser
- Andrew Nevins
- Paul Jorgensen
- Jared Wilkinson
- Jeff Eaton

Best,

Scott

---

**From:** O'Connor, Brian <Brian.OConnor@skadden.com>
**Sent:** Tuesday, September 22, 2026 8:37 PM
**To:** Scott Schlafer <scottschlafer@quinnemanuel.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** DLDOXIMITY@skadden.com
**Subject:** RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

**\cbpat4[EXTERNAL EMAIL from brian.oconnor@skadden.com]**

\cbpat6

---

Hi Scott, following up on today's call, attached is a revised search term proposal and redline against our previous set of terms.

Thanks,

Brian

---

**From:** O'Connor, Brian (CHI)
**Sent:** Monday, September 21, 2026 10:30 AM
**To:** 'Scott Schlafer' <scottschlafer@quinnemanuel.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** Doximity DL <DLDOXIMITY@skadden.com>
**Subject:** RE: [Ext] RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

Thanks Scott, I've sent an invite. Look forward to speaking tomorrow.

---

**From:** Scott Schlafer <scottschlafer@quinnemanuel.com>
**Sent:** Friday, September 18, 2026 6:00 PM
**To:** O'Connor, Brian (CHI) <Brian.OConnor@skadden.com>; QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>
**Cc:** Doximity DL <DLDOXIMITY@skadden.com>

**Subject:** [Ext] RE: OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

Brian,

We are available on Tuesday at 3 or 4pm ET.

Best,

Scott

---

**From:** O'Connor, Brian <Brian.OConnor@skadden.com>
**Sent:** Friday, September 18, 2026 8:47 AM
**To:** QE-OpenEvidence <qe-openevidence@quinnemanuel.com>; Stephen Broome <stephenbroome@quinnemanuel.com>; Vanessa Rodriguez <vanessarodriguez@quinnemanuel.com>; Scott Schlafer <scottschlafer@quinnemanuel.com>
**Cc:** DLDOXIMITY@skadden.com
**Subject:** OpenEvidence v. Doximity et al. - No. 1:25-cv-11802-RGS (D. Mass.)

**\cbpat4[EXTERNAL EMAIL from brian.oconnor@skadden.com]**

\cbpat6

---

Counsel,

In accordance with the Court's order, we are writing to request a meet and confer on the search terms we proposed for you to run over your ESI. We are available on Monday from 10am-12pm ET or after 5pm ET, or anytime on Tuesday. Please let us know when works for you.

Best,

Brian

**Brian O'Connor**
Counsel

**Skadden, Arps, Slate, Meagher & Flom LLP**

320 South Canal Street | Chicago | Illinois | 60606-5707
T: +1.312.407.0569 | F: +1.312.827.9309
brian.oconnor@skadden.com

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally

privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================