**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY<br><br>*Defendants*. | Civil Action No. 1:25-cv-11802-RGS |

**DECLARATION OF STEPHEN BROOME IN SUPPORT OF OPENEVIDENCE INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR (1) AN ACCOUNTING AND EXPEDITED DISCOVERY CONCERNING THE DELETION OF OPENEVIDENCE INC.'S SLACK AND MESSAGING APPLICATION DATA AND (2) TO SHORTEN TIME TO RESPOND**

I, Stephen Broome, declare as follows:

1. I am a member of the Bar of California and have been admitted to practice in this Court *pro hac vice*. I am a partner at Quinn Emanuel Urquhart and Sullivan LLP, counsel of record for Plaintiff OpenEvidence Inc. ("OpenEvidence") in the above-captioned action. I submit this declaration in support of OpenEvidence's Opposition to Defendants' Motion for (1) an Accounting and Expedited Discovery Concerning the Deletion of OpenEvidence Inc.'s Slack and Messaging Application Data and (2) to Shorten Time to Respond. I have personal knowledge of the matters recited herein, and if called upon to testify concerning them under oath, I could and

would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated October 6, 2026, from Brian O'Connor of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants, to Scott Schlafer of Quinn Emanuel Urquhart & Sullivan LLP, counsel for OpenEvidence.

3. Attached as Exhibit 2 is a true and correct copy of the Order entered April 29, 2026, by Judge John H. Chun in *Federal Trade Commission, et al. v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash.), ECF No. 678, as obtained from PACER.

I declare under penalty of perjury under the laws of the United States of America that this declaration is true and correct.

Executed on October 14, 2026 in Los Angeles, California.

*/s/ Stephen Broome*
Stephen Broome

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen Broome*
Stephen Broome (*admitted pro hac vice*) QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com