UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OPENEVIDENCE INC.,<br><br>Plaintiff,<br>v.<br><br>DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY,<br><br>Defendants. | Civil Action<br>No. 25-11802-RGS |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES PENDING NOTICE OF DISMISSAL**

Plaintiff OpenEvidence Inc. and Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, Pathway Medical, Inc., Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy (collectively, the "Parties"), by and through their undersigned counsel, have reached a settlement in principle that they expect will result in the dismissal of the action in its entirety with prejudice and are currently in the process of finalizing their written agreement. Accordingly, the Parties jointly move the Court to stay all case deadlines until midnight on Friday, October 16, 2026. The Parties are grateful to the Court for its time and attention to this matter.

Dated: October 15, 2026

*/s/ Stephen Broome*
Stacylyn M. Doore (BBO #678449)
Ryan P. Gorman (BBO #707239)
Vanessa Rodriguez (BBO #713607)
Zi Chun (Michelle) Wang (BBO #709803)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com

Stephen Broome (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000
stephenbroome@quinnemanuel.com

Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Counsel for Plaintiff OpenEvidence, Inc.*

Respectfully submitted,

/s/ *James R. Carroll*
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

William E. Ridgway (*pro hac vice*)
Brian O'Connor (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
320 S. Canal Street
Chicago, Illinois 60606
(312) 407-0700
william.ridgway@skadden.com
brian.oconnor@skadden.com

Bijal V. Vakil (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
bijal.vakil@skadden.com

*Counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*

*/s/ Nate Mendell*
Daniel P. Muino (*pro hac vice*)
Carolyn M. Homer (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
(202) 887-1500
dmuino@mofo.com

cmhomer@mofo.com

Nathaniel R. Mendell
MORRISON & FOERSTER LLP
200 Clarendon Street
Boston, MA 02116
(617) 648-4700
nmendell@mofo.com

*Counsel for Defendants*
*Louis Mullie, Jonathan Hershon St-Jean, Hovhannes Karapetyan, Khudhur Mohammed, and Vince Roy*