UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OPENEVIDENCE INC., Plaintiff, v. | : | Civil Action No. 25-11802-RGS |
| DOXIMITY, INC., JEY BALACHANDRAN, JAKE KONOSKE, PATHWAY MEDICAL, INC., LOUIS MULLIE, JONATHAN HERSHON ST-JEAN, HOVHANNES KARAPETYAN, KHUDHUR MOHAMMED, and VINCE ROY, Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties to the above-captioned action, by and through their respective undersigned counsel, hereby give notice that this action, including all claims and counterclaims, is voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees, as stipulated and agreed by all parties who have appeared in this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 16, 2026

Respectfully submitted,

/s/ Stephen Broome
Stacylyn M. Doore (BBO #678449)
Ryan P. Gorman (BBO #707239)
Vanessa Rodriguez (BBO #713607)
Zi Chun (Michelle) Wang (BBO #709803)
stacylyndoore@quinnemanuel.com
ryangorman@quinnemanuel.com
vanessarodriguez@quinnemanuel.com
michellewang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

Stephen Broome (*pro hac vice*)
stephenbroome@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

*Attorneys for OpenEvidence, Inc.*

/s/ James R. Carroll
James R. Carroll (BBO #554426)
William K. Wray Jr. (BBO #689037)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
william.wray@skadden.com

William E. Ridgway (*pro hac vice*)
Brian O'Connor (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
320 S. Canal Street
Chicago, Illinois 60606
(312) 407-0700
william.ridgway@skadden.com
brian.oconnor@skadden.com

Bijal V. Vakil (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
(650) 470-4500
bijal.vakil@skadden.com

*Counsel for Defendants Doximity, Inc., Jey Balachandran, Jake Konoske, and Pathway Medical, Inc.*

MORRISON & FOERSTER LLP

/s/ Nathaniel R. Mendell
MORRISON & FOERSTER LLP
Nathaniel R. Mendell (BBO #645283)
Michael A. Fine (BBO #713088)
200 Clarendon Street
Boston, MA 02116
Tel: (617) 648-4700
nmendell@mofo.com
mfine@mofo.com

Daniel P. Muino (*pro hac vice*)
Carolyn M. Homer (*pro hac vice*)
Kathryn C. Thornton (*pro hac vice*)
2100 L St., NW, Suite 900
Washington, D.C. 20037
Tel: (202) 887-1500
Fax: (202) 637-2201
dmuino@mofo.com
cmhomer@mofo.com
kthornton@mofo.com

Alexandra C. Hottenrott (*pro hac vice*)
250 West 55th Street
New York, NY 10019
Tel: (212) 336-4407
lhottenrott@mofo.com

*Counsel for Defendants Louis Mullie; Jonathan Hershon St-Jean; Hovhannes Karapetyan; Khudhur Mohammed; and Vince Roy*